**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff,
Rafael David Sherman

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL DAVID SHERMAN, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**YAHOO! INC., a Delaware Corporation,**<br><br>**Defendant.** | Case No.:   13-CV-0041-GPC-WVG<br><br><u>**CLASS ACTION**</u><br><br>**NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 40.1.F** |

Plaintiff Rafael David Sherman ("Plaintiff") hereby submits the following Notice of Related Case pursuant to Local Rule 40.1.f.

The above-captioned case, styled *Rafael David Sherman, Individually and On Behalf of All Others Similarly Situated v. Yahoo! Inc., a Delaware* Corporation Case no. 13-CV-0041-GPC-WVG, filed on January 8, 2013, is related to the following case, which was also filed in the United States District Court for the Southern District of California:

| # | CASE NAME | CASE NUMBER | FILING DATE |
|---|---|---|---|
| 1. | *Raquel Reza and Shafiq Memon, On Behalf of Themselves and On Behalf of All Others Similarly Situated v. Yahoo! Inc, a Delaware Corporation* | 13-CV-0071-W-BGS | 01/10/2013 |

This related case involves the same claims against the same Defendant based upon the same set of facts. As such, there is a strong likelihood that these matters will require substantial duplication of labor if heard by different judge thus satisfying the criteria for determining the cases are related under the Local Rules.

Based upon the foregoing, and pursuant to Local Rule 40.1.f and 40.1.i., this case should be deemed related and therefore assigned to the district and magistrate judge to whom the lowest numbered case is assigned – in this case, to the District Judge Gonzalo P. Curiel and the Magistrate Judge William V. Gallo.

Dated: March 5, 2013                    Respectfully submitted,

                                        **KAZEROUNI LAW GROUP, APC**

                                        By: __/s/ Abbas Kazerounian, Esq.__
                                              ABBAS KAZEROUNIAN
                                              ATTORNEY FOR PLAINTIFF