UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL DAVID SHERMAN and SUSAN PATHMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO! INC., a Delaware Corporation,<br><br>Defendant. | Civil No.  3:13-cv-00041-GPC (WVG)<br><br>**ORDER ON JOINT MOTION TO LIFT STAY OF DISCOVERY FOLLOWING OUTCOME OF MOTION TO CONSOLIDATE ACTIONS (Doc. No. 75).** |

Before the Court is the Joint Motion to Lift Stay of Discovery Following Outcome of Motions to Consolidate Actions ("Lift Stay Motion"), filed by Plaintiffs and Defendant (collectively, "Parties"). (Doc. No. 75.) On October 6, 2014, this Court granted the Parties' Joint Motion to Stay Discovery Pending Outcome of a Motion to Consolidate Actions. (Doc. No. 67.) On October 27, 2014, the United States District Court for the Northen District of Illinois denied Plaintiffs' motion to transfer the related action in that federal district to this one, terminating Plaintiffs' attempted consolidation. (Doc. No. 75 at 2, 10.) Accordingly, with the Plaintiffs' request rejected, the Parties filed the Lift Stay Motion on November 13, 2014. (Id.).

1 | For the reason stated in the Lift Stay Motion, the Court GRANTS the Parties' request and APPROVES the modified schedule proposed in this motion's second and third pages. In so doing, however, the Court also reminds the Parties that the deadline for all discovery pertaining to Plaintiffs' Motion for Class Certification remains January 30, 2015, and the deadline for the filing of a Motion for Class Certification is still February 27, 2015.  The Parties' mutually agreed discovery moratorium will not provide justification for any future discovery extension.

IT IS SO ORDERED.

DATED: November 14, 2014

_____
Hon. William V. Gallo
U.S. Magistrate Judge