1  GREENBERG TRAURIG, LLP
   IAN C. BALLON (SBN 141819)
2  Ballon@gtlaw.com
   LORI CHANG (SBN 228142)
3  ChangL@gtlaw.com
   NINA D. BOYAJIAN (SBN 246415)
4  BoyajianN@gtlaw.com
   JUSTIN A. BARTON (SBN 288194)
5  BartonJu@gtlaw.com
   1840 Century Park East, Suite 1900
6  Los Angeles, CA 90067-2121
   Tel: 310-586-7700; Fax: 310-586-7800
7
8  Attorneys for defendant Yahoo! Inc.
9

10              **UNITED STATES DISTRICT COURT**

11            **SOUTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  RAFAEL DAVID SHERMAN and SUSAN PATHMAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 13-CV-0041-GPC (WVG) |
| 14 | **DECLARATION OF JOHN ANDREWS IN SUPPORT OF YAHOO! INC.'S OPPOSITION TO PLAINTIFF SUSAN PATHMAN'S MOTION FOR CLASS CERTIFICATION** |
| 15 | |
| 16              Plaintiffs, | |
| 17  vs. | *Filed Concurrently with Opposition Brief, Doron Declaration, Boyajian Declaration, Aron Expert Report, Boyd Expert Report, and Request for Judicial Notice* |
| 18  YAHOO! INC., a Delaware Corporation, | |
| 19 | |
| 20              Defendant. | Date:      June 12, 2015 |
| 21 | Time:      1:30 p.m. Location:   Courtroom 2D |
| 22 | |
| 23 | Judge:     Hon. Gonzalo P. Curiel |
| 24 | Complaint Filed:   January 8, 2013 |

25

26

27

28

### DECLARATION OF JOHN ANDREWS

I, John Andrews declare and state:

1.      I am Associate General Counsel, Legal - Product at Yahoo! Inc. ("Yahoo"), the defendant in this action. I have worked at Yahoo since 2002. I am over eighteen years of age and am fully competent to make this declaration. I have personal knowledge of the matters stated below, except as otherwise stated, and if called as a witness, I could and would competently testify regarding such matters.

2.      Yahoo is an internet company that is widely known for its free consumer services, including Yahoo Mail, Yahoo Search, and related internet communications services including Yahoo Messenger, an instant messaging client that allows registered Yahoo users to send online instant messages to others, and the PC2SMS system, which allows users to send SMS text messages originating from their computers.

3.      When creating a Yahoo account, every registrant is required to expressly agree to *at least* one of Yahoo's terms of service agreements, which govern Yahoo's relationship with its users. Although the language of the terms of service agreements has changed over time – including the language of the provision specifically granting Yahoo consent to communicate directly with its users, including by SMS – and there are an indeterminate number of versions of the terms that have been in effect since the company began its online operations over 20 years ago, all Yahoo users must agree to Yahoo's terms of service agreements in order to receive the benefit of Yahoo's services. Thus while every user assents to Yahoo's agreements, the timing, scope, and manner in which assent has been provided differs among putative class members (and as noted below in paragraphs 19-20, many users in fact agree to multiple different versions of Yahoo terms of use agreements, and on numerous occasions).

4.      Yahoo's Universal Terms of Service ("uTOS") governs every Yahoo user's relationship with Yahoo, regardless of what Yahoo services he or she chooses to use. In addition to obtaining express consent to the uTOS from every new Yahoo user when he or she registers for a Yahoo account, a persistent link to the uTOS agreement is displayed

on all of Yahoo's web pages (including the homepage), which is easily accessed and reviewed by all Yahoo users, including users who may wish to evaluate whether to officially register a Yahoo account.

5.     In addition to the uTOS agreement, Yahoo users may be required to agree to additional terms of service that pertain specifically to the use of various Yahoo products and services. For example, Yahoo's Communications Additional Terms of Service agreement ("Comms ATOS"), which was first published in late 2010, pertains to use of Yahoo Mail and Yahoo Messenger, which is the service that includes the PC2SMS Service at issue in this lawsuit.

6.     The Comms ATOS agreement was created as a central terms of service for all users of Yahoo's communications platforms and affiliates around the world. Previously, international versions of Yahoo's terms of service agreement were used only in connection with a specific country's Yahoo platform (such as Yahoo's terms of service agreement for users in France or Yahoo's terms of service agreement for users in Canada). The Comms ATOS agreement created a global communications terms of service through which any Yahoo user has access to the same communications terms of service for any country around the world. The Comms ATOS agreement expressly incorporates the uTOS agreement. Attached hereto as exhibit A is a true and correct copy of the Comms ATOS agreement in effect on or around May 1, 2013, as presented to a user in the United States.

7.     Before late 2010, each person attempting to create a new Yahoo account was presented with and required to expressly agree at registration to the uTOS agreement and Yahoo Mail Additional Terms of Service.

8.     Before late 2010, each person attempting to create a new Yahoo account as part of their download, installation, and use of Yahoo Messenger was presented with and required to expressly agree at registration to the uTOS agreement and Yahoo Messenger Additional Terms of Service.

9.     From late 2010 to December 2012, new users were presented, in relevant part, with the phrase "By clicking the 'Create My Account' button below, I certify that I have read and agree to the Yahoo! Terms of Service, Yahoo! Privacy Policy, and Communications Terms of Service, and to receive account related communications from Yahoo! electronically." The terms "Yahoo! Terms of Service," "Yahoo! Privacy Policy," and "Communications Terms of Service" were hyperlinked to the respective policies. Prior to the creation of the Global Communications Additional Terms of Service in late 2010, this statement referenced the "Yahoo Mail Additional Terms of Service."

10.     From December 2012 to September 2013, new users were presented, in relevant part, with the phrase "I agree to the Yahoo! Terms of Service, Yahoo! Privacy Policy and Communications Terms."  The terms "Yahoo! Terms of Service," "Yahoo! Privacy Policy," and "Communications Terms" were hyperlinked to the respective policies, which incorporated the uTOS.

11.     From September 2013 to March 2015 new users were presented, in relevant part, with the phrase "I agree to the Yahoo Terms and Privacy" directly above the "Create Account" button on the registration page.  The terms "Yahoo Terms" and "Privacy" were hyperlinked, with "Yahoo Terms" leading to the Comms ATOS agreement, incorporating the uTOS, and the Yahoo Terms Center from where a user could also navigate directly to the uTOS.

12.     From March 2015 to present, when an individual creates a Yahoo account, directly above the "Create Account" button on the registration page is the prominent statement "I agree to the Yahoo Terms and Privacy," with "Yahoo Terms" and "Privacy" hyperlinked. The "Yahoo Terms" link leads to access to both the uTOS agreement and the Comms ATOS agreement. *See* Kazerounian Decl. [Dkt. 122-1], Ex. G.

13.     Yahoo updates the uTOS agreement from time to time for various reasons that include: changes to Yahoo's product offerings, changes in use of Yahoo's products and services, changes in laws relating to Yahoo's products and services, and changes in Yahoo policies.

14.     As set forth in paragraphs 16-18 below, Yahoo users consent to receive SMS messages from Yahoo by expressly agreeing to provisions of Yahoo's terms of service agreements, including, but not limited to, the Comms ATOS agreement and the uTOS agreement.

15.     Until on or around August 9, 2007, paragraph 24 of the uTOS agreement read: "Yahoo! may provide you with notices, including those regarding changes to the TOS, by email, regular mail, or postings on the Service." Attached hereto as exhibit B is a true and correct copy of the uTOS agreement published through on or around August 9, 2007.

16.     On or around August 10, 2007, Yahoo modified paragraph 24 of the uTOS agreement to read: "Yahoo! may provide you with notices, including those regarding changes to the TOS, including by but not limited to email, regular mail, SMS, MMS, text message, postings on the Service, or other reasonable means now known or hereinafter developed." Attached hereto as exhibit C is a true and correct copy of the uTOS agreement published on or around August 10, 2007.

17.     In or around November 2008, Yahoo modified paragraph 24 of the uTOS agreement to read: "Yahoo! may provide you with notices, including those regarding changes to the TOS, including by but not limited to email, regular mail, SMS, MMS, text message, postings on the Yahoo! Services, or other reasonable means now known or hereafter developed. Such notices may not be received if you violate this TOS by accessing the Yahoo! Services in an unauthorized manner. Your agreement to this TOS constitutes your agreement that you are deemed to have received any and all notices that would have been delivered had you accessed the Yahoo! Services in an authorized manner." Paragraph 24 of the uTOS has not been modified since November 2008. Attached hereto as exhibit D is a true and correct copy of the uTOS agreement in effect on or around May 1, 2013.

18.     While every Yahoo user must provide express, opt-in assent to the then-current version of the relevant terms of service agreement(s) to open an account with

4

Yahoo and to use any of its services, including the PC2SMS Service, many Yahoo users provide assent multiple times to different versions of the terms of service agreement(s) over time. The reason for this is that each time a user installs an application (such as the desktop client to be able to use Yahoo Messenger), sets up a new email account, or signs up for a new service (such as Flickr), the user is required to provide assent to the then-current version of the terms of service agreement(s). For example, Yahoo offers a Yahoo Messenger desktop application that individuals can download and install on their computer to access their Yahoo Messenger account. In connection with installing the Yahoo Messenger desktop application (including many of the software updates to the application), an individual has been required to expressly agree to the uTOS agreement (and Comms ATOS agreement, once that document was created) to use the application. Yahoo does not maintain records of Yahoo users who expressly agreed to the uTOS agreement (and Comms ATOS agreement) through applications, such as the Yahoo Messenger application, as opposed to through the website. Accordingly, a given user may have provided express assent to multiple versions of the uTOS and/or Comms ATOS agreements at multiple intervals, but Yahoo would have to examine each user's current and all prior computers, phones, or other devices to determine the date of installation (and consent thereby).

19.     From time to time, Yahoo users also have been prompted to expressly reaffirm their assent to Yahoo's various terms of service as a requirement to continue using their Yahoo account. For example, in 2010, Yahoo introduced an entirely new mail platform. In connection with the release of the new mail platform and introduction of the comprehensive Comms ATOS agreement described above, Yahoo required all current Yahoo subscribers to expressly reaffirm their assent to Yahoo's uTOS and Comms ATOS agreements. A Yahoo user was only permitted to bypass this assent event and login to his or her Yahoo account without re-affirming assent to the uTOS and Comms ATOS three times before being locked out of his or her account. Attached hereto as exhibits E and F are screenshots that Yahoo users would have seen during this assent

5

1  event. Every user who continued to use Yahoo services after this process was fully

2  implemented (between 2010 and 2012; in 2013 for certain broadband users) could only to

3  do so by agreeing to the current uTOS and Comm ATOS agreements.

4      I declare under penalty of perjury of the laws of the United States of America that

5  the foregoing is true and correct and that this Declaration was executed this 8th Day of

6  May, 2015 at Sunnyvale, California.

7

8

9  John Andrews

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

Exhibit A

New User? Register  |  Sign In  |  Help

Make Y! My Homepage                                    | Mail | My Y! | Yahoo!

| Search | Search Web |

Additional Terms of Service

Yahoo! Info Center  >  Yahoo! Terms Center  >  Yahoo! Mail and Yahoo! Messenger  >  Additional Terms of Service

Email this Page     Print this Page

## Yahoo! Global Communications Additional Terms of Service for Yahoo! Mail and Yahoo! Messenger

### 1. ACCEPTANCE OF TERMS

a. Welcome to Yahoo!. Yahoo! provides Yahoo! Mail and Yahoo! Messenger (the "Services"), all of which are subject to the terms and conditions of this Additional Terms of Service ("ATOS") and the applicable Yahoo! Universal Terms of Service ("TOS") in Section 10, which is incorporated into this ATOS. In this ATOS, "Yahoo" or "Applicable Yahoo! Company" means the Yahoo! company that provides you with the Services as set out in Section 10. Your use of the Services constitutes acceptance of and is subject to this ATOS and the law specified by the Applicable Yahoo! Company in Section 10. This ATOS may be updated by Yahoo! from time to time without individual notice to you. The prior sentence does not apply to you if Yahoo! Deutschland GmbH, Theresienhöhe 12, 80339 München ("Yahoo! Deutschland") provides you with your Yahoo! Mail account. You can review the most current version of this ATOS and the TOS by clicking the applicable links in Section 10.

b. "Yahoo! Messenger" as used in this ATOS means Yahoo! Messenger.

c. Please note that your Yahoo! Messenger account is tied to your Yahoo! Mail account. Therefore, your use of Yahoo! Messenger and all Yahoo! Messenger services will be subject to the TOS and laws applicable to the Applicable Yahoo! Company in Section 10. Yahoo!'s automated systems scan and analyze all incoming and outgoing communications content sent and received from your account (such as Mail and Messenger content including instant messages and SMS messages) including those stored in your account to, without limitation, provide personally relevant product features and content, to match and serve targeted advertising and for spam and malware detection and abuse protection. By scanning and analyzing such communications content, Yahoo! collects and stores the data. Unless expressly stated otherwise, you will not be allowed to opt out of this feature. If you consent to this ATOS and communicate with non-Yahoo! users using the Services, you are responsible for notifying those users about this feature.

d. By accessing, using and continuing to use the Services, you represent and warrant that you are permitted to do so under applicable law. You are solely responsible for using the Services in compliance with any and all applicable law. If you are in a jurisdiction where download or use of the Services is prohibited or restricted or if you are below the applicable legal age required to use the Services, click "cancel" and do not download or use the Services. Unless explicitly stated otherwise, any new features that augment or enhance the current Services shall be subject to this ATOS, which you agree to by continued use of the Services. The prior sentence does not apply to you if Yahoo! Deutschland provides you with your Yahoo! Mail account.

### 2. DESCRIPTION AND USE OF YAHOO! MAIL AND YAHOO! MESSENGER

a. *Use of Software*. As needed, you may install or download and use software in the Services including any third party software, and any authorized updates provided by Yahoo! (the "Software") in object code form on a personal computer or device owned or controlled by you for your own personal, non commercial use. You are only permitted to access the Services through the Software strictly as authorized in this ATOS. The Services and its components contain software licensed from Yahoo! licensors ("Licensor Software"). The Licensor Software enables the Yahoo! Software to perform certain functions including, without limitation, access proprietary data on third-party data servers. Your license to the Software continues until it is terminated by either party. You may terminate the license to the Software by discontinuing use of and by destroying all copies of the Software. In addition, this Software license terminates if you violate any term of this ATOS, Yahoo! publicly posts a written notice of termination on Yahoo!'s web site, or Yahoo! sends a written notice of termination to you. If your license terminates, you agree to cease any and all use of the Services, their components, and any third-party data. All rights in any third-party data, any third-party software, and any third-party data servers, including all ownership rights are reserved and remain with the respective third parties. You agree that these third parties may enforce their rights under this ATOS against you directly in their own name and that you are solely responsible for such claims or defenses and all costs associated with them. From time to time, Yahoo! may automatically download the latest version of Yahoo! Messenger and notify you when it's ready to install. Visit the Privacy Policy related to the Applicable Yahoo! Company in Section 10 below to find out more about Auto Updater. If you wish to update Yahoo! Messenger, you must agree to the then current ATOS in order for the update to be installed on your computer.

b. *Saving and Accessing Information*. Yahoo! Messenger (including Yahoo! Messenger within

Exhibit A                                    YAHOO 002490

your Yahoo! Mail and web based versions) allows you to see when your friends are online, and send and receive instant messages and other information. Yahoo! Messenger will also allow you, and the people with whom you communicate, to save your conversations and other information in your Yahoo! Mail accounts located on Yahoo! servers. This means you can access and search your message history from any computer or device with access to the Internet. Whether or not you use this feature, other users may choose to use it to save conversations and other information with you in their account located on Yahoo! servers. Your agreement to this ATOS constitutes your consent to allow Yahoo! to store these communications and other information on its servers for back up, security and all other purposes set forth in this ATOS. You are solely responsible for the content that you use or store in connection with the Services and if you wish, are solely responsible for backing up your data. Except as set forth herein, you acknowledge and agree that the Applicable Yahoo! Company does not guarantee that data associated with your account will be accessible to you, or that any data deleted, removed or rendered inaccessible can be provided to you. The prior sentence does not apply to you if Yahoo! Deutschland provides you with your Yahoo! Mail account.

c. This ATOS grants you no right, title or interest in any intellectual property owned or licensed by Yahoo!, including, without limitation, the Services and Yahoo! trademarks.

d. *Advertisements.* You understand and agree that the Services may include advertisements and that these advertisements are necessary for Yahoo! to provide the Services.

e. *Communications from Yahoo!.* You also understand and agree that the Services may include certain communications from Yahoo!, such as service announcements and administrative messages and that you will not be able to opt out of receiving such communications.

f. *Accessing and Using the Services.* In order to use the Services and those services and products within the Services (for both free and charged services), you must obtain access to the World Wide Web, either directly or through devices that access web-based content. You are responsible for and must pay any service fees associated with such access and for all costs of any equipment used to gain such access (which could include third party fees).

g. *Interoperability with Other Networks.* If authorized by Yahoo!, Yahoo! Messenger may allow you to communicate with users of other instant messaging products. In that event, you acknowledge and agree that: (i) your use of Yahoo! Messenger is subject to this ATOS and the terms governing the use of other instant messaging products you have agreed to, if any, that are consistent with this ATOS; and (ii) users of other instant messaging products are subject to the terms governing such other instant messaging products. Yahoo! assumes no responsibility for the conduct of persons or entities with which you communicate. With the exception of messages sent to you by Yahoo!, Yahoo! does not own or control the content of any messages sent or received by users of the Services.

h. The Services may allow you to use different methods of communicating and sending and receiving messages, files, photos, videos and other information, including via Yahoo! Messenger, Yahoo! Mail, SMS, voice calling and video calling.

i. *Blocking.* By using the Services, you acknowledge that other users of the Services (including Yahoo! Messenger) may elect to receive a notification from the Services when you sign on and may send you instant messages and other information or call you via the Services. If you wish to block the notification feature of Yahoo! Messenger sent to other users or if you don't want to receive messages from such users, you will have to enable the "Ignore" or similar feature separately. Your ability to send and receive instant messages and other information may be blocked by Yahoo! and other users, which may partially or wholly limit your ability to use the Services. By using the Services, you agree that Yahoo! has no responsibility for assessing or resolving any disputes arising from your or any other user's ability (or otherwise) to ignore, send messages or other information, or otherwise use the Services. The prior sentence does not apply to you if Yahoo! Deutschland provides you with your Yahoo! Mail account.

j. *Yahoo! Support.* Yahoo! may elect to provide you with customer support and/or upgrades, enhancements, or modifications for the Services (collectively, "Support"), in its sole discretion, and may terminate such Support at any time without notice to you. You understand and agree that in the event Yahoo! elects to provide you with Support. such Support is provided voluntarily in Yahoo!'s sole discretion and that it does not create any contractual right to receive Support and that you may not rely upon any statement or offer of Support to create a contractual right to Support.

k. *Yahoo! Fees.* Yahoo! reserves the right to charge fees for future use of or access to the Services, or other Yahoo! services and web sites, in Yahoo!'s sole discretion. If Yahoo! decides to charge fees, Yahoo! will provide you with prior notice.

**3. DIFFERENT VERSIONS OF YAHOO! MESSENGER AND OTHER YAHOO! AUTHORIZED INSTANT MESSAGE CLIENTS**

Different features may be available in different versions of Yahoo! Mail and Yahoo! Messenger and not all features may be available in your country or region. Also, not all features may be available if the user that you are communicating with is using a different version of Yahoo! Mail or Yahoo! Messenger, or is using an instant message software client offered by a non-Yahoo! company.

Exhibit A

YAHOO 002491

**4. MEMBER ACCOUNT, PASSWORD, AND SECURITY**

If you don't already have a Yahoo! I.D. and password, you will be prompted to complete the Yahoo! registration process. You agree Yahoo! provides you only with the right to access your account in accordance with this ATOS and applicable rules and guidelines. If you violate this Section 4, or otherwise cannot validate your account to Yahoo!, you acknowledge and agree that your account may be permanently inaccessible to you and that all data associated with the account may not be retrievable. Yahoo! does not guarantee that you will have permanent access to your data used with the Services, or that it will provide copies to you in the event data is deleted or lost. Yahoo! encourages you to properly back up your data. Yahoo! may also impose limits on certain features and services or restrict your access to parts or all of the Services or other Yahoo! services or web sites without notice or liability. The prior sentence does not apply to you if Yahoo! Deutschland provides you with your Yahoo! Mail account.

**5. YAHOO! PRIVACY POLICY**

Your access to and use of the Services constitutes acceptance of and is subject to the Yahoo! Privacy Policy. Your registration data and other information about you are also subject to the Yahoo! Privacy Policy. You can review the most current version of the Yahoo! Privacy Policy at any time by clicking on the Privacy Policy link under the Applicable Yahoo! Company in Section 10 below.

**6. RESTRICTIONS ON USE**

YOU MAY NOT and will not allow any third party to (except to the extent required by local law):

a. Copy, decompile, reverse engineer, reverse assemble, disassemble, modify, rent, lease, loan, distribute, or create derivative works (as defined by the applicable local laws) or improvements (as defined by the applicable local laws) to the Services or Software or otherwise attempt to discover the source code or protocols in the Services or Software;

b. Obtain or attempt to obtain unauthorized access to the Services or the Yahoo! network;

c. Incorporate the Services or the Software, or any portion thereof, into any other service, software, hardware, or other technology manufactured or distributed by or for you;

d. Use the Services in any unlawful manner, for any unlawful purpose, or in any manner inconsistent with this ATOS or the TOS;

e. Use the Services to operate nuclear facilities, life support, or other mission critical application where human life or property may be at stake (you specifically understand that the Services are not designed for such purposes and that their failure in such cases could lead to death, personal injury, or severe property or environmental damage for which Yahoo! is not responsible). Note that the prior sentence does not apply to you if Yahoo! Deutschland provides you with your Yahoo! Mail account; or

f. Sell, lease, loan, distribute, transfer, sublicense, reproduce, duplicate, copy, trade or exploit the Services or access thereto or derive income from the use or provision of the Services, whether for direct commercial or monetary gain or otherwise, without Yahoo!'s prior, express and written permission.

**7. DISCLAIMER AND EQUIPMENT**

a. You understand and agree that the Services are provided "AS-IS" and that Yahoo! assumes no responsibility for the timeliness, deletion, mis-delivery, or failure to store any user communications or personalization settings. You also understand that Yahoo! is not responsible for the security or privacy of communications sent via the Services. The prior sentences in this clause do not apply to you if Yahoo! Deutschland provides you with your Yahoo! Mail account.

b. You may use optional equipment to access the Services (e.g., a USB port phone device to access the pc-to-pc calling feature, which device may include dual functionality to access a traditional landline service which is not provided by Yahoo!).

c. Any third party plug-in applications that you use with the Services are owned by and are the sole responsibility of the plug-in application developer, and it is up to you decide whether these plug-in applications, or your use of them, is legal or appropriate.

d. If the Services downloaded or accessed by you includes anti spyware features, software that is identified as "spyware" by this tool may be software that you have agreed to load onto your computer pursuant to a separate agreement with a third party. You are solely responsible for compliance with agreements you have executed with third parties.

e. Any required or optional equipment or third party plug-in applications that you use to use, access, or augment the Services, including your mobile or other device, whether required or optional, is subject to the terms, conditions, warranties and disclaimers provided by the manufacturer of such equipment or third party plug-in applications, and Yahoo! makes no warranties or representations whatsoever regarding such equipment and third party plug-in applications. Please refer to the materials you received when you purchased the equipment or obtained the third party plug-in applications to understand your rights and obligations, including

          YAHOO 002492

what warranties and disclaimers apply to you. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, YAHOO! AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND LICENSORS EXPRESSLY DISCLAIM ALL WARRANTIES, CONDITIONS AND OTHER TERMS OF ANY KIND, WHETHER EXPRESS OR IMPLIED, RELATING TO SUCH EQUIPMENT OR THIRD PARTY PLUG-IN APPLICATIONS, INCLUDING ANY IMPLIED TERMS AND WARRANTIES OF TITLE, MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, AS TO THE PROVISION OF SERVICES TO A STANDARD OF REASONABLE CARE AND SKILL AND AS TO NON-INFRINGEMENT OF ANY INTELLECTUAL PROPERTY RIGHT. The prior sentence does not apply to you if Yahoo! Deutschland provides you with your Yahoo! Mail account.

## 8. GENERAL INFORMATION

*Entire Agreement*. This ATOS and the TOS and all documents incorporated therein constitute the entire agreement between you and Yahoo! as it relates to your use of the Services and supersedes any prior version of this ATOS or the TOS, if any, between you and Yahoo! with respect to the Services. You also may be subject to additional terms and conditions that may apply when you use or purchase certain other Yahoo! services (including charged services), affiliate services, third-party content or third-party software. This ATOS will continue to govern your use of the Services unless you agree to other terms with a Yahoo! company that specifically state that they supercede the previously agreed version of the "Yahoo! Global Communications Additional Terms of Service". If you are using the Services, in the event of a conflict between the provisions of this ATOS and the TOS, the provisions of the ATOS shall control, as they relate to the Services.

## 9. VIOLATIONS

Please report any violations of this ATOS to the Customer Care link set forth in Section 10 below under the Applicable Yahoo! Company.

## 10. CONTRACTING PARTY, CHOICE OF LAW, LOCATION FOR RESOLVING DISPUTES AND OTHER LOCAL REGION PROVISIONS

This ATOS is between you and the Applicable Yahoo! Company. In the subsection below, find the Yahoo! company that provides you with your Yahoo! Mail account, and in that subsection you will find the Yahoo! company that you are contracting with for the Services, the choice of law, the location for resolving disputes with the Applicable Yahoo! Company and other important provisions. Please note that your use of Yahoo! Messenger and all other Yahoo! Messenger services will be subject to the laws applicable to the Applicable Yahoo! Company. If you do not recall which Yahoo! company provides you with your Yahoo! Mail account, please click on the "About" link in Yahoo! Messenger and then the "Legal Jurisdiction" link. If you are using Yahoo! Mail, please click on the "Help" link in Yahoo! Mail and then the "Terms of Service."

<u>REGION:</u>

<u>The Americas.</u>

a. **United States**. If Yahoo! Inc., 701 First Avenue, Sunnyvale, CA 94089, provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! Inc. and Yahoo! Inc. provides you with the Services and the substantive law of the State of California governs the interpretation of this ATOS and applies to all claims related to it, regardless of conflict of laws principles. You and Yahoo! Inc. irrevocably consent to the exclusive jurisdiction and venue of the state courts located in Santa Clara County, California or in the Federal Courts located in the Northern District of California, USA for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo! regardless of the type of claim. If applicable, all Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995, is provided with the commercial rights and restrictions described herein. If the Services and related documentation are supplied to or purchased by or on behalf of the United States Government, if applicable, then the Services are deemed to be "commercial software" as that term is used in the Federal Acquisition Regulation system. Rights of the United States shall not exceed the minimum rights set forth in FAR 52.227-19 for "restricted computer software." All other terms and conditions of this ATOS apply. You agree to not provide material support or resources (or to conceal or disguise the nature, location, source, or ownership of material support or resources) to any organization(s) designated by the United States government as a foreign terrorist organization pursuant to section 219 of the Immigration and Nationality Act. You acknowledge and understand that Yahoo! does NOT currently allow you to access any 911 or similar emergency services (no traditional 911, E911, or similar access to emergency services). You should always have an alternative means of accessing 911 or similar emergency services. Please inform others who use your Yahoo! Messenger or Yahoo! Mail and devices used to access Yahoo! Messenger or Yahoo! Mail that they must access these numbers through a traditional landline or mobile phone. Yahoo! Messenger and Yahoo! Mail are not intended to replace your primary phone service, such as a traditional landline or mobile phone. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/. For Yahoo! En Español ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/us/yahoo/utos/en-us/. For Yahoo! En Español TOS:

http://info.yahoo.com/legal/e1/yahoo/utos/es-us.

C. Privacy Policy: http://info.yahoo.com/privacy/us/yahoo/. For Yahoo! En Español Privacy Policy: http://info.yahoo.com/privacy/espanol/yahoo/.

D. Customer Care: Customer Care For Yahoo! en Español Customer Care: espanol-abuse@yahoo-inc.com .

b. **Canada**: If Yahoo! Canada, 207 Queen's Quay West, Suite 801, Toronto, ON, M5J 1A7 provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! Canada Co. and Yahoo! Canada Co. provides you with the Services, and the laws of Canada govern the interpretation of this ATOS, including breaches of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo! Canada irrevocably consent to the exclusive jurisdiction and venue the courts located within the province of Ontario, Canada for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo! regardless of the type of claim. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/ca/yahoo/utos/terms .

C. Privacy Policy: http://info.yahoo.com/privacy/ca/yahoo/.

D. Customer Care: http://help.yahoo.com/l/ca/yahoo/helpcentral/.

c. **Brasil**: If Yahoo! Brasil Internet Ltda.,R. Fidencio Ramos, 195 - 12o andar, Sao Paulo, 04551-010, Brazil, provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! Brasil and Yahoo! Brasil provides you with the Service, and the laws of the Federative Republic of Brazil govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo! Brasil irrevocably consent to the exclusive jurisdiction and venue of the Federative Republic of Brasil for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo! regardless of the type of claim. For Yahoo! Brasil users, the limitation of rights of the users, limitations of liabilities and validity of this ATOS shall be applied to the extent permitted by Brazilian law. Yahoo! Brasil reserves the right to solve eventual conflicts or contradictions solely in accordance to the UTOS and Brazilian law. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/br/yahoo/utos/terms//

C. Privacy Policy: http://info.yahoo.com/privacy/br/yahoo/.

D. Customer Care: http://help.yahoo.com/l/br/yahoo/helpcentral/.

d. **Argentina**: If Yahoo! de Argentina SRL, Av. Congreso 1685 - 2do.Piso, Cdad, Aut. de Buenos Aires, C1428BUC, Argentina provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! de Argentina and Yahoo! de Argentina provides you with the Services, and the laws of the Argentine Republic govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo! de Argentina irrevocably consent to the exclusive jurisdiction and venue of the Argentine Republic for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo! regardless of the type of claim. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/ar/yahoo/utos/terms/ .

C. Privacy Policy: http://info.yahoo.com/privacy/ar/yahoo/.

D. Customer Care: ar-abuse@yahoo-inc.com

e. **Mexico**: If Yahoo! de Mexico S.A. de C.V., Av Paseo de las Palmas 330, Piso 2, Lomas de Chapultepec, Mexico City, 11000, provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! de Mexico and Yahoo! de Mexico provides you with the Services, and the laws of the United Mexican States govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo! de Mexico irrevocably consent to the exclusive jurisdiction and venue of the United Mexican States for all disputes arising out of or relating to

Exhibit A          YAHOO 002494

this ATOS or arising out of or relating to the relationship between you and Yahoo! regardless of the type of claim. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/mx/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/mx/yahoo/.

D. Customer Care: mx-abuse@yahoo-inc.com .

f. **Venezuela, Colombia, Peru and Chile**: If Yahoo! Hispanic Americas, LLC, One Alhambra Plaza, 8th Floor, Coral Gables, FL 33134, U.S.A, provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! Hispanic Americas and Yahoo! Hispanic Americas provides you with the Services, and the laws of the State of Florida govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo! Hispanic Americas irrevocably consent to the exclusive jurisdiction and venue of the courts of Miami-Dade County for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo! regardless of the type of claim. Yahoo! Venezuela: You can review the most current version of this ATOS, UTOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

Yahoo! Venezuela: You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/ve/yahoo/utos/terms.

C. Privacy Policy: http://info.yahoo.com/privacy/ve/yahoo/.

D. Customer Care: espanol-abuse@yahoo-inc.com .

Yahoo! Colombia: You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/co/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/co/yahoo/.

D. Customer Care: espanol-abuse@yahoo-inc.com .

Yahoo! Peru: You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/pe/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/pe/yahoo/.

D. Customer Care: espanol-abuse@yahoo-inc.com .

Yahoo! Chile: You can review the most current version of this License, the ATOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/cl/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/cl/yahoo/.

D. Customer Care: espanol-abuse@yahoo-inc.com .

**REGION**:

**Europe.**

g. **United Kingdom**: If Yahoo! UK Ltd, 125 Shaftesbury Avenue, London WC2H 8AD, United Kingdom provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! UK Ltd. and Yahoo! UK Ltd. provides you with the Services, and the laws of England and Wales govern this ATOS and any non-contractual obligations arising out of it. You and Yahoo!

YAHOO 002495

UK Ltd. irrevocably consent to the exclusive jurisdiction and venue of the English courts for all disputes arising out of or in connection with this ATOS, any non-contractual obligation arising out of or in connection with this ATOS or any claim or dispute arising out of or relating to the relationship between you and Yahoo! UK Limited regardless of the type of claim. If you upgrade your Yahoo! UK Mail account to Yahoo! Mail Plus, that service is provided to you by Yahoo! Netherlands BV under a set of terms called the Mail Plus Additional Terms of Service http://info.yahoo.com/legal/uk/yahoo/mail/plus.html and the provisions of this ATOS will be incorporated into those terms and will apply as between you and Yahoo! Netherlands BV in respect of that service.

Lastly, the following additional provisions apply to you: Nothing in this ATOS or the TOS excludes or limits the liability of either of us for fraud, the tort of deceit, death or personal injury caused by negligence or any breach of any obligations implied by Section 12 of the Sale of Goods Act 1979 or Section 2 of the Supply of Goods and Services Act 1982, or any other liability which cannot be excluded or limited by applicable law, nor in relation to any statutory or regulatory fines incurred.

You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/uk/yahoo/utos/terms.

C. Privacy Policy:http://info.yahoo.com/privacy/uk/yahoo/.

D. Customer Care: http://help.yahoo.com/l/uk/yahoo/abuse/issues/abuse-01.html.

h. **Italy**: If Yahoo! Italia S.r.l., via Spadolini 7, 20141 Milano, Code and VAT n. 13122290151, provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! Italia and Yahoo! Italia provides you with the Services, and the laws of Italy govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, data protection laws, unfair competition laws, and in tort. You and Yahoo! Italia irrevocably consent to the exclusive jurisdiction and venue of Court of Milan, Italy for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo! regardless of the type of claim. The choice of jurisdiction and venue is without prejudice of the different mandatory rules set by EC regulation 44/2001 with respect to business-to-consumer contracts. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: http://info.yahoo.com/legal/yahoo/mail/.

B. TOS: http://info.yahoo.com/legal/it/yahoo/utos/terms.

C. Privacy Policy: http://info.yahoo.com/privacy/it/yahoo/.

D. Customer Care: http://help.yahoo.com/l/it/yahoo/abuse/.

You may contact Yahoo! Italia at any time by writing sending an email to the above address.

i. **Germany**: If Yahoo! Deutschland, provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! Deutschland and Yahoo! Deutschland provides you with the Services. In that case, the contractual and non-contractual relationships between the parties with respect to the use of the Services are subject exclusively to German law. You consent to the exclusive jurisdiction and venue of Munich, Germany for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo! regardless of the type of claim in cases you are domiciled outside of the territory of Germany or transferred your domicile outside the territory of Germany after accepting this ATOS. If you upgrade your German Yahoo! Mail account to Yahoo! Mail Plus, that service is provided to you under a set of terms called the Mail Plus Additional Terms of Service available at http://info.yahoo.com/legal/de/yahoo/mail/mailplus/mailplus_atos_new.html: the provisions of this ATOS will be incorporated into those terms and will apply to you in respect of that service. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/de/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/de/yahoo/.

D. Customer Care: http://help.yahoo.com/l/de/yahoo/abuse/help001.html.

j. **France**: If Yahoo! France SAS (RCS Paris 442 044 087), 17-19 rue Guillaume Tell 75017 Paris, provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! France and Yahoo! France provides you with the Services, and the laws of France govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer

YAHOO 002496

protection laws, unfair competition laws, and in tort. If you upgrade your French Yahoo! Mail account to Yahoo! Mail Plus, that service is provided to you by Yahoo! Netherlands BV, a company incorporated under the Laws of the Netherlands with registration number 34141161, with registered office in Zuideinde 136, 1541 CG Koog aan de Zaan, Netherlands, under a set of terms called the Mail Plus Additional Terms of Service available at http://info.yahoo.com/legal/fr/yahoo/mail/mailtos/mailplus.html: the provisions of this ATOS will be incorporated into those terms and will apply as between you and Yahoo! Netherlands BV in respect of that service. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/fr/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/fr/yahoo/.

D. Customer Care: http://help.yahoo.com/l/fr/yahoo/abuse/.

k. **Spain**: If Yahoo! Iberia S.L.U., Calle María de Molina, 40 28006 Madrid, España, provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! Iberia and Yahoo! Iberia provides you with the Services, and the laws of Spain govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo Iberia irrevocably consent to the exclusive jurisdiction and venue of Spain (and the Courts of the City of Madrid) for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo! regardless of the type of claim. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/es/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/es/yahoo/.

D. Customer Care: http://help.yahoo.com/l/es/yahoo/helpcentral/.

l. **Ireland Denmark, Finland, Norway, Romania, the Netherlands, Sweden, Turkey, Russia, Poland, Belgium, Czech Republic, Hungary, Portugal, Austria, Bulgaria, Croatia, Estonia, Latvia, Lithuania, Serbia, Slovakia, Slovenia, Ukraine and Greece** If Yahoo! Ireland Services Limited (YISL) of Block P, Eastpoint Business Park, Clontarf, Dublin, 3 Ireland, provides you with your Yahoo! Mail account and service, then you are contracting with YISL to provide you with the Services, and the laws of Ireland govern this ATOS and any non-contractual obligations arising out of it. You and YISL irrevocably consent to the exclusive jurisdiction and venue of the Irish courts for all disputes arising out of or in connection with this ATOS, any non-contractual obligation arising out of or in connection with this ATOS or any claim or dispute arising out of or relating to the relationship between you and YISL regardless of the type of claim.

You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below.

Ireland:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/ie/yahoo/utos/terms.

C. Privacy Policy: http://info.yahoo.com/privacy/ie/yahoo/.

Denmark:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/dk/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/dk/yahoo/.

Finland:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/fi/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/fi/yahoo/.

Norway:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/no/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/no/yahoo/.

Romania:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/ro/yahoo/utos/terms.

C. Privacy Policy: http://info.yahoo.com/privacy/ro/yahoo/.

The Netherlands:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/nl/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/nl/yahoo/.

Sweden:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/se/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/se/yahoo/.

Turkey:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/tr/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/tr/yahoo/.

Russia:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/ru/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/ru/yahoo/.

Greece:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/gr/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/gr/yahoo/.

Poland:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/pl/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/pl/yahoo/.

Belgium:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/be/yahoo/utos/terms.

C. Privacy Policy: http://info.yahoo.com/privacy/be/yahoo/.

Czech Republic:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/cz/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/cz/yahoo/.

Hungary:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/hu/yahoo/utos/terms.

C. Privacy Policy: http://info.yahoo.com/privacy/hu/yahoo/.

Portugal:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/pt/yahoo/utos/terms.

C. Privacy Policy: http://info.yahoo.com/privacy/pt/yahoo/.

Austria:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/at/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/at/yahoo/.

Bulgaria:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/bg/yahoo/utos/terms.

C. Privacy Policy: http://info.yahoo.com/privacy/bg/yahoo/.

Croatia:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/hr/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/hr/yahoo/.

Estonia:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/ee/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/ee/yahoo/.

Latvia:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/lv/yahoo/utos/terms.

C. Privacy Policy: http://info.yahoo.com/privacy/lv/yahoo/.

Lithuania:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/lt/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/lt/yahoo/.

Serbia:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/rs/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/sr/yahoo/.

Slovakia:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/sk/yahoo/utos/terms.

C. Privacy Policy: http://info.yahoo.com/privacy/sk/yahoo/.

Slovenia:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/si/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/si/yahoo/.

Ukraine:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/ua/yahoo/utos/terms

C. Privacy Policy: http://info.yahoo.com/privacy/ua/yahoo/.

**REGION:**

**Asia Pacific.**

m. **Hong Kong**: If Yahoo! Hong Kong Limited, at 27/F Sunning Plaza, 10 Hysan Avenue, Causeway Bay, Hong Kong, provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! Hong Kong and Yahoo! Hong Kong provides you with the Services, and the laws of Hong Kong govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo! Hong Kong irrevocably consent to the exclusive jurisdiction and venue of Hong Kong for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo! regardless of the type of claim. Lastly, the following additional provisions apply to you:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/hk/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/hk/yahoo.

D. Customer Care: http://help.cc.hk.yahoo.com/.

E. Certain features may not be available to users in HK including PC-to-phone and other internet calling.

n. **Singapore, Indonesia, Malaysia, the Philippines, Thailand and Vietnam**: If Yahoo! Asia Pacific Pte. Ltd. (of 60 Anson Road, #13-01 Mapletree Anson, Singapore 079914), provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! Asia Pacific Pte. Ltd. and Yahoo! Asia Pacific Pte. Ltd. provides you with the Services, and the laws of Singapore govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo! Asia Pacific Pte. Ltd. irrevocably consent to the exclusive jurisdiction and venue of the Singapore Courts for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo! regardless of the type of claim. Lastly, the following additional provisions apply to you:

A. ATOS:

• Singapore: http://info.yahoo.com/legal/yahoo/all/mail/.

• Indonesia : http://info.yahoo.com/legal/yahoo/all/mail/.

• Malaysia : http://info.yahoo.com/legal/yahoo/all/mail/.

• Philippines: http://info.yahoo.com/legal/yahoo/all/mail/.

• Thailand : http://info.yahoo.com/legal/yahoo/all/mail/.

• Vietnam : http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS:

• Singapore: http://info.yahoo.com/legal/sg/yahoo/utos/terms/.

• Indonesia : http://info.yahoo.com/legal/id/yahoo/utos/terms.

• Malaysia : http://info.yahoo.com/legal/my/yahoo/utos/terms/.

• Philippines: http://info.yahoo.com/legal/ph/yahoo/utos/terms/.

• Thailand : http://info.yahoo.com/legal/th/yahoo/utos/terms.

YAHOO 002500

• Vietnam : http://info.yahoo.com/legal/vn/yahoo/utos/terms/.

C. Privacy Policy:

• Singapore: http://info.yahoo.com/privacy/sg/yahoo/.

• Indonesia : http://info.yahoo.com/privacy/id/yahoo/.

• Malaysia : http://info.yahoo.com/privacy/my/yahoo/.

• Philippines: http://info.yahoo.com/privacy/ph/yahoo/.

• Thailand : http://info.yahoo.com/privacy/th/yahoo.

• Vietnam : http://info.yahoo.com/privacy/vn/yahoo/.

D. Customer Care:

• Singapore: http://help.yahoo.com/l/sg/yahoo/mail/abuse.html.

• Indonesia: http://help.yahoo.com/l/id/yahoo/mail/yahoomail/abuse.html.

• Malaysia: http://help.yahoo.com/l/mye/yahoo/mail/yahoomail/abuse-01.html.

• Philippines: http://help.yahoo.com/l/ph/yahoo/mail/yahoomail/abuse.html.

• Thailand: http://help.yahoo.com/l/th/yahoo/mail/abuse.html.

• Vietnam: http://help.yahoo.com/l/vn/yahoo/mail/yahoomail/abuse.html.

o. **Australia**: If Yahoo! 7 Pty Limited, Levels 2 & 3, Pier 8/9, 23 Hickson Road, Millers Point NSW 2000, provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! 7 and Yahoo! 7 provides you with the Services, and the laws of New South Wales govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo! 7 irrevocably consent to the exclusive jurisdiction and venue of the New South Wales courts for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo! regardless of the type of claim. Lastly, the following additional provisions apply to you the links below. You may also contact customer care using the link provided.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/au/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/au/yahoo.

D. Customer Care: http://help.yahoo.com/l/au/yahoo7/abuse/general.html.

p. **New Zealand**: If Yahoo! New Zealand Limited, 2 Ruskin Street Parnell Auckland New Zealand, provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! New Zealand and Yahoo! New Zealand provides you with the Services, and the laws of New Zealand govern not only the interpretation of this ATOS and applies to claims for breach of it, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo! New Zealand irrevocably consent to the exclusive jurisdiction and venue of the courts in Auckland for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo! regardless of the type of claim.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/nz/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/nz/yahoo.

D. Customer Care: http://help.yahoo.com/l/au/yahoo7/abuse/general.html.

q. **Taiwan**: If Yahoo! Taiwan provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! Taiwan and Yahoo! Taiwan provides you with the Services, and the laws of Taiwan govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo! Taiwan irrevocably consent to the exclusive jurisdiction and venue of the courts located in Taipei, Taiwan, R.O.C. for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo! regardless of the type of claim. Lastly, the following additional provisions apply to you:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/tw/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/tw/yahoo.

D. Customer Care: http://tw.help.cc.yahoo.com/.

r. **India**: If Yahoo! India Private Limited, Unit No. 1261, 6th floor, Building No.12, Solitaire Corporate Park, No. 167, Guru Hargovindji Marg, (Andheri-Ghatkopar Link Road), Andheri (East), Mumbai - 400 093, India, provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! India and Yahoo! India provides you with the Services, and the laws of India govern this License and ATOS regardless of conflict of laws principles. You and Yahoo! India irrevocably consent to the exclusive jurisdiction of the competent courts at Mumbai for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo! regardless of the type of claim. Lastly, the following additional provisions apply to you:

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/in/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/in/yahoo.

D. Customer Care: http://help.yahoo.com/l/in/yahoo/helpcentral/.

E. Certain features may not be available to users in IN including PC-to-phone and other internet calling.

**REGION:**

**The Middle East and North Africa.**

s. **Yahoo! Maktoob Services and Israel**. If Yahoo! Inc., 701 First Avenue, Sunnyvale, CA 94089 provides you with your Yahoo! Mail account and service, then you are contracting with Yahoo! Inc. and Yahoo! Inc. provides you with the Services and the substantive law of the State of California governs the interpretation of this ATOS and applies to all claims related to it, regardless of conflict of laws principles. You and Yahoo! Inc. irrevocably consent to the exclusive jurisdiction and venue of the state courts located in Santa Clara County, California or in the Federal Courts located in the Northern District of California, USA for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo! regardless of the type of claim. If applicable, all Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995, is provided with the commercial rights and restrictions described herein. If the Services and related documentation are supplied to or purchased by or on behalf of the United States Government, if applicable, then the Services are deemed to be "commercial software" as that term is used in the Federal Acquisition Regulation system. Rights of the United States shall not exceed the minimum rights set forth in FAR 52.227-19 for "restricted computer software." All other terms and conditions of this ATOS apply. You agree to not provide material support or resources (or to conceal or disguise the nature, location, source, or ownership of material support or resources) to any organization(s) designated by the United States government as a foreign terrorist organization pursuant to section 219 of the Immigration and Nationality Act. You acknowledge and understand that Yahoo! does NOT currently allow you to access any 911 or similar emergency services (no traditional 911, E911, or similar access to emergency services in your country). You should always have an alternative means of accessing 911 or similar emergency services in your country. Please inform others who use your Yahoo! Messenger or Yahoo! Mail and devices used to access Yahoo! Messenger or Yahoo! Mail that they must access these numbers through a traditional landline or mobile phone. Yahoo! Messenger and Yahoo! Mail are not intended to replace your primary phone service, such as a traditional landline or mobile phone.

If you have registered for the Yahoo! Maktoob services in English, you can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided below.

A. ATOS:http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.maktoob.com/terms_e.php.

C. Privacy Policy: http://info.maktoob.com/terms_e.php

D. Customer Care: http://help.yahoo.com/l/xe/yahoo/helpcentral/

E. Certain features may not be available to you including PC-to-phone and other internet calling.

If you have registered for the Yahoo! Maktoob services in Arabic, you can review the most current version of this ATOS, the TOS and the Privacy Policy at any time by visiting the Yahoo! Maktoob Arabic Terms of Service Center at the link provided below. You may also contact customer care using the link provided below.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.maktoob.com/terms.php.

C. Privacy Policy: http://info.maktoob.com/terms.php

D. Customer Care: http://help.yahoo.com/l/xa/yahoo/helpcentral/

E. Certain features may not be available to you including PC-to-phone and other internet calling.

If you have registered for the Yahoo! services in Israel, you can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/il/yahoo/utos/terms.

C. Privacy Policy: http://info.yahoo.com/privacy/il/yahoo/.

t. **South Africa**: If Yahoo! Ireland Services Limited (YISL) of Block P, Eastpoint Business Park, Clontarf, Dublin, 3 Ireland, provides you with your Yahoo! Mail account and service, then you are contracting with YISL to provide you with the Services, and the laws of Ireland govern this ATOS and any non-contractual obligations arising out of it. You and YISL irrevocably consent to the exclusive jurisdiction and venue of the Irish courts for all disputes arising out of or in connection with this ATOS, any non-contractual obligation arising out of or in connection with this ATOS or any claim or dispute arising out of or relating to the relationship between you and YISL regardless of the type of claim. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below.

A. ATOS: http://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.yahoo.com/legal/za/yahoo/utos/terms/.

C. Privacy Policy: http://info.yahoo.com/privacy/za/yahoo/.

Copyright © 2013 Yahoo! Inc. All Rights Reserved.
Privacy Policy | Terms of Service | Copyright/IP Policy

Exhibit A          YAHOO 002503

Exhibit B

Yahoo!                                                          [          Search field          ]   Search

## YAHOO! TERMS                                                                    Help

Yahoo! Terms of Service

Yahoo! Info Center > Yahoo! Terms Center > Yahoo! Terms of Service

                                                              Email        Print

# Yahoo! Terms of Service

1. ACCEPTANCE OF TERMS

Yahoo! Inc. ("Yahoo!") welcomes you. Yahoo! provides its service to you subject to the following Terms of Service ("TOS"), which may be updated by us from time to time without notice to you. You can review the most current version of the TOS at any time at: http://info.yahoo.com/legal/us/yahoo/utos/utos-173.html . In addition, when using particular Yahoo! owned or operated services, you and Yahoo! shall be subject to any posted guidelines or rules applicable to such services, which may be posted from time to time. All such guidelines or rules (including but not limited to our Spam Policy) are hereby incorporated by reference into the TOS. Yahoo! may also offer other services that are governed by different Terms of Service. For instance, different terms apply to homesteaders on Yahoo! GeoCities or members of AT&T Yahoo! Dial or AT&T Yahoo! High Speed.

2. DESCRIPTION OF SERVICE

Yahoo! provides users with access to a rich collection of resources, including various communications tools, forums, shopping services, search services, personalized content and branded programming through its network of properties which may be accessed through any various medium or device now known or hereafter developed (the "Service"). You also understand and agree that the Service may include advertisements and that these advertisements are necessary for Yahoo! to provide the Service. You also understand and agree that the Service may include certain communications from Yahoo!, such as service announcements, administrative messages and the Yahoo! Newsletter, and that these communications are considered part of Yahoo! membership and you will not be able to opt out of receiving them. Unless explicitly stated otherwise, any new features that augment or enhance the current Service, including the release of new Yahoo! properties, shall be subject to the TOS. You understand and agree that the Service is provided "AS-IS" and that Yahoo! assumes no responsibility for the timeliness, deletion, mis-delivery or failure to store any user communications or personalization settings. You are responsible for obtaining access to the Service, and that access may involve third-party fees (such as Internet service provider or airtime charges). You are responsible for those fees, including those fees associated with the display or delivery of advertisements. In addition, you must provide and are responsible for all equipment necessary to access the Service.

Please be aware that Yahoo! has created certain areas on the Service that contain adult or mature content. You must be at least 18 years of age to access and view such areas.

3. YOUR REGISTRATION OBLIGATIONS

In consideration of your use of the Service, you represent that you are of legal age to form a binding contract and are not a person barred from receiving services under the laws of the United States or other applicable jurisdiction. You also agree to: (a) provide true, accurate, current and complete information about yourself as prompted by the Service's registration form (the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Yahoo! has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Yahoo! has the right to suspend or terminate your account and refuse any and all current or future use of the Service (or any portion thereof). Yahoo! is concerned about the safety and



Δ π EXHIBIT ⑨
Deponent Doron
Date 2/27/15 Rptr RH
WWW.DEPOBOOK.COM

Exhibit B        YAHOO 002470

privacy of all its users, particularly children. For this reason, parents of children under the age of 13 who wish to allow their children access to the Service must create a Yahoo! Family Account. When you create a Yahoo! Family Account and add your child to the account, you certify that you are at least 18 years old and that you are the legal guardian of the child/children listed on the Yahoo! Family Account. By adding a child to your Yahoo! Family Account, you also give your child permission to access many areas of the Service, including, email, message boards and instant messaging (among others). Please remember that the Service is designed to appeal to a broad audience. Accordingly, as the legal guardian, it is your responsibility to determine whether any of the Service areas and/or Content (as defined in Section 6 below) are appropriate for your child.

4. YAHOO! PRIVACY POLICY

Registration Data and certain other information about you is subject to our Privacy Policy. For more information, see our full privacy policy at http://info.yahoo.com/privacy/us/yahoo/, or if you came from Yahoo! Kids, then see our Yahoo! Kids privacy policy at http://www.yahooligans.com/docs/privacy/. You understand that through your use of the Service you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States and/or other countries for storage, processing and use by Yahoo! and its affiliates.

5. MEMBER ACCOUNT, PASSWORD AND SECURITY

You will receive a password and account designation upon completing the Service's registration process. You are responsible for maintaining the confidentiality of the password and account and are fully responsible for all activities that occur under your password or account. You agree to (a) immediately notify Yahoo! of any unauthorized use of your password or account or any other breach of security, and (b) ensure that you exit from your account at the end of each session. Yahoo! cannot and will not be liable for any loss or damage arising from your failure to comply with this Section 5.

6. MEMBER CONDUCT

You understand that all information, data, text, software, music, sound, photographs, graphics, video, messages, tags, or other materials ("Content"), whether publicly posted or privately transmitted, are the sole responsibility of the person from whom such Content originated. This means that you, and not Yahoo!, are entirely responsible for all Content that you upload, post, email, transmit or otherwise make available via the Service. Yahoo! does not control the Content posted via the Service and, as such, does not guarantee the accuracy, integrity or quality of such Content. You understand that by using the Service, you may be exposed to Content that is offensive, indecent or objectionable. Under no circumstances will Yahoo! be liable in any way for any Content, including, but not limited to, any errors or omissions in any Content, or any loss or damage of any kind incurred as a result of the use of any Content posted, emailed, transmitted or otherwise made available via the Service.

You agree to not use the Service to:

    a. upload, post, email, transmit or otherwise make available any Content that is unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, libelous, invasive of another's privacy, hateful, or racially, ethnically or otherwise objectionable;

    b. harm minors in any way;

    c. impersonate any person or entity, including, but not limited to, a Yahoo! official, forum leader, guide or host, or falsely state or otherwise misrepresent your affiliation with a person or entity;

    d. forge headers or otherwise manipulate identifiers in order to disguise the origin of any Content transmitted through the Service;

    e. upload, post, email, transmit or otherwise make available any Content that you do not have a right to make available under any law or under

YAHOO 002471

contractual or fiduciary relationships (such as inside information, proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements);

f.  upload, post, email, transmit or otherwise make available any Content that infringes any patent, trademark, trade secret, copyright or other proprietary rights ("Rights") of any party;

g.  upload, post, email, transmit or otherwise make available any unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation, except in those areas (such as shopping) that are designated for such purpose (please read our complete Spam Policy);

h.  upload, post, email, transmit or otherwise make available any material that contains software viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment;

i.  disrupt the normal flow of dialogue, cause a screen to "scroll" faster than other users of the Service are able to type, or otherwise act in a manner that negatively affects other users' ability to engage in real time exchanges;

j.  interfere with or disrupt the Service or servers or networks connected to the Service, or disobey any requirements, procedures, policies or regulations of networks connected to the Service;

k.  intentionally or unintentionally violate any applicable local, state, national or international law, including, but not limited to, regulations promulgated by the U.S. Securities and Exchange Commission, any rules of any national or other securities exchange, including, without limitation, the New York Stock Exchange, the American Stock Exchange or the NASDAQ, and any regulations having the force of law;

l.  provide material support or resources (or to conceal or disguise the nature, location, source, or ownership of material support or resources) to any organization(s) designated by the United States government as a foreign terrorist organization pursuant to section 219 of the Immigration and Nationality Act;

m.  "stalk" or otherwise harass another; and/or

n.  collect or store personal data about other users in connection with the prohibited conduct and activities set forth in paragraphs a through m above.

You acknowledge that Yahoo! may or may not pre-screen Content, but that Yahoo! and its designees shall have the right (but not the obligation) in their sole discretion to pre-screen, refuse, or remove any Content that is available via the Service. Without limiting the foregoing, Yahoo! and its designees shall have the right to remove any Content that violates the TOS or is otherwise objectionable. You agree that you must evaluate, and bear all risks associated with, the use of any Content, including any reliance on the accuracy, completeness, or usefulness of such Content. In this regard, you acknowledge that you may not rely on any Content created by Yahoo! or submitted to Yahoo!, including without limitation information in Yahoo! Message Boards and in all other parts of the Service.

You acknowledge, consent and agree that Yahoo! may access, preserve and disclose your account information and Content if required to do so by law or in a good faith belief that such access preservation or disclosure is reasonably necessary to: (a) comply with legal process; (b) enforce the TOS; (c) respond to claims that any Content violates the rights of third parties; (d) respond to your requests for customer service; or (e) protect the rights, property or personal safety of Yahoo!, its users and the public.

You understand that the technical processing and transmission of the Service,

including your Content, may involve (a) transmissions over various networks; and (b) changes to conform and adapt to technical requirements of connecting networks or devices.

You understand that the Service and software embodied within the Service may include security components that permit digital materials to be protected, and that use of these materials is subject to usage rules set by Yahoo! and/or content providers who provide content to the Service. You may not attempt to override or circumvent any of the usage rules embedded into the Service. Any unauthorized reproduction, publication, further distribution or public exhibition of the materials provided on the Service, in whole or in part, is strictly prohibited.

7. INTERSTATE NATURE OF COMMUNICATIONS ON YAHOO! NETWORK

When you register with Yahoo!, you acknowledge that in using Yahoo! services to send electronic communications (including but not limited to email, search queries, sending messages to Yahoo! Chat or Yahoo! Groups, uploading photos and files to Yahoo! Photos or Briefcase, and other Internet activities), you will be causing communications to be sent through Yahoo!'s computer networks, portions of which are located in California, Texas, Virginia, and other locations in the United States and portions of which are located abroad. As a result, and also as a result of Yahoo!'s network architecture and business practices and the nature of electronic communications, even communications that seem to be intrastate in nature can result in the transmission of interstate communications regardless of where you are physically located at the time of transmission. Accordingly, by agreeing to this Terms of Service, you acknowledge that use of the service results in interstate data transmissions.

Yahoo! Messenger, including any web-based versions, will allow you and the people with whom you communicate to save your conversations in your Yahoo! accounts located on Yahoo! servers. This means you can access and search your message history from any computer with access to the internet. Whether or not you use this feature, other users may choose to use it to save conversations with you in their account on Yahoo! too. Your agreement to this TOS constitutes your consent to allow Yahoo! to store these communications on its servers. From time to time Yahoo! will send you notices through the Yahoo! Messenger Service to let you know about important changes to the Yahoo! Messenger or related Services. Such messages may not be received if you violate this TOS by accessing the Service in an unauthorized manner. Your agreement to this TOS constitutes your agreement that you are deemed to have received any and all notices that would have been delivered had you accessed the Service in an authorized manner.

8. SPECIAL ADMONITIONS FOR INTERNATIONAL USE

Recognizing the global nature of the Internet, you agree to comply with all local rules regarding online conduct and acceptable Content. Specifically, you agree to comply with all applicable laws regarding the transmission of technical data exported from the United States or the country in which you reside.

9. CONTENT SUBMITTED OR MADE AVAILABLE FOR INCLUSION ON THE SERVICE

Yahoo! does not claim ownership of Content you submit or make available for inclusion on the Service. However, with respect to Content you submit or make available for inclusion on publicly accessible areas of the Service, you grant Yahoo! the following worldwide, royalty-free and non-exclusive license(s), as applicable:

    a. With respect to Content you submit or make available for inclusion on publicly accessible areas of Yahoo! Groups, the license to use, distribute, reproduce, modify, adapt, publicly perform and publicly display such Content on the Service solely for the purposes of providing and promoting the specific Yahoo! Group to which such Content was submitted or made available. This license exists only for as long as you elect to continue to include such Content on the Service and will terminate at the time you remove or Yahoo! removes such Content from the Service.

    b. With respect to photos, graphics, audio or video you submit or make

available for inclusion on publicly accessible areas of the Service other than Yahoo! Groups, the license to use, distribute, reproduce, modify, adapt, publicly perform and publicly display such Content on the Service solely for the purpose for which such Content was submitted or made available. This license exists only for as long as you elect to continue to include such Content on the Service and will terminate at the time you remove or Yahoo! removes such Content from the Service.

c.  With respect to Content other than photos, graphics, audio or video you submit or make available for inclusion on publicly accessible areas of the Service other than Yahoo! Groups, the perpetual, irrevocable and fully sublicensable license to use, distribute, reproduce, modify, adapt, publish, translate, publicly perform and publicly display such Content (in whole or in part) and to incorporate such Content into other works in any format or medium now known or later developed.

"Publicly accessible" areas of the Service are those areas of the Yahoo! network of properties that are intended by Yahoo! to be available to the general public. By way of example, publicly accessible areas of the Service would include Yahoo! Message Boards and portions of Yahoo! Groups, Photos and Briefcase that are open to both members and visitors. However, publicly accessible areas of the Service would not include portions of Yahoo! Groups that are limited to members, Yahoo! services intended for private communication such as Yahoo! Mail or Yahoo! Messenger, or areas off of the Yahoo! network of properties such as portions of World Wide Web sites that are accessible via hypertext or other links but are not hosted or served by Yahoo!.

10.  CONTRIBUTIONS TO YAHOO!

By submitting ideas, suggestions, documents, and/or proposals ("Contributions") to Yahoo! through its suggestion or feedback webpages, you acknowledge and agree that: (a) your Contributions do not contain confidential or proprietary information; (b) Yahoo! is not under any obligation of confidentiality, express or implied, with respect to the Contributions; (c) Yahoo! shall be entitled to use or disclose (or choose not to use or disclose) such Contributions for any purpose, in any way, in any media worldwide; (d) Yahoo! may have something similar to the Contributions already under consideration or in development; (e) your Contributions automatically become the property of Yahoo! without any obligation of Yahoo! to you; and (f) you are not entitled to any compensation or reimbursement of any kind from Yahoo! under any circumstances.

11.  INDEMNITY

You agree to indemnify and hold Yahoo! and its subsidiaries, affiliates, officers, agents, employees, partners and licensors harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of Content you submit, post, transmit or otherwise make available through the Service, your use of the Service, your connection to the Service, your violation of the TOS, or your violation of any rights of another.

12.  NO RESALE OF SERVICE

You agree not to reproduce, duplicate, copy, sell, trade, resell or exploit for any commercial purposes, any portion of the Service (including your Yahoo! ID), use of the Service, or access to the Service.

13.  GENERAL PRACTICES REGARDING USE AND STORAGE

You acknowledge that Yahoo! may establish general practices and limits concerning use of the Service, including without limitation the maximum number of days that email messages, message board postings or other uploaded Content will be retained by the Service, the maximum number of email messages that may be sent from or received by an account on the Service, the maximum size of any email message that may be sent from or received by an account on the Service, the maximum disk space that will be allotted on Yahoo!'s servers on your behalf, and the maximum number of times (and the maximum duration for which) you may

YAHOO 002474

access the Service in a given period of time. You agree that Yahoo! has no responsibility or liability for the deletion or failure to store any messages and other communications or other Content maintained or transmitted by the Service. You acknowledge that Yahoo! reserves the right to log off accounts that are inactive for an extended period of time. You further acknowledge that Yahoo! reserves the right to modify these general practices and limits from time to time.

14. MODIFICATIONS TO SERVICE

Yahoo! reserves the right at any time and from time to time to modify or discontinue, temporarily or permanently, the Service (or any part thereof) with or without notice. You agree that Yahoo! shall not be liable to you or to any third party for any modification, suspension or discontinuance of the Service.

15. TERMINATION

You agree that Yahoo! may, *under certain circumstances and without prior notice*, immediately terminate your Yahoo! account, any associated email address, and access to the Service. Cause for such termination shall include, but not be limited to, (a) breaches or violations of the TOS or other incorporated agreements or guidelines, (b) requests by law enforcement or other government agencies, (c) a request by you (self-initiated account deletions), (d) discontinuance or material modification to the Service (or any part thereof), (e) unexpected technical or security issues or problems, (f) extended periods of inactivity, (g) engagement by you in fraudulent or illegal activities, and/or (h) nonpayment of any fees owed by you in connection with the Services. Termination of your Yahoo! account includes (a) removal of access to all offerings within the Service, including but not limited to Yahoo! Mail, Groups, Messenger, Chat, Domains, Personals, Auctions, Message Boards, Greetings, Alerts and Games, (b) deletion of your password and all related information, files and content associated with or inside your account (or any part thereof), and (c) barring of further use of the Service. Further, you agree that all terminations for cause shall be made in Yahoo!'s sole discretion and that Yahoo! shall not be liable to you or any third party for any termination of your account, any associated email address, or access to the Service.

16. DEALINGS WITH ADVERTISERS

Your correspondence or business dealings with, or participation in promotions of, advertisers found on or through the Service, including payment and delivery of related goods or services, and any other terms, conditions, warranties or representations associated with such dealings, are solely between you and such advertiser. You agree that Yahoo! shall not be responsible or liable for any loss or damage of any sort incurred as the result of any such dealings or as the result of the presence of such advertisers on the Service.

17. LINKS

The Service may provide, or third parties may provide, links to other World Wide Web sites or resources. Because Yahoo! has no control over such sites and resources, you acknowledge and agree that Yahoo! is not responsible for the availability of such external sites or resources, and does not endorse and is not responsible or liable for any Content, advertising, products or other materials on or available from such sites or resources. You further acknowledge and agree that Yahoo! shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such Content, goods or services available on or through any such site or resource.

18. YAHOO!'S PROPRIETARY RIGHTS

You acknowledge and agree that the Service and any necessary software used in connection with the Service ("Software") contain proprietary and confidential information that is protected by applicable intellectual property and other laws. You further acknowledge and agree that Content contained in sponsor advertisements or information presented to you through the Service or by advertisers is protected by copyrights, trademarks, service marks, patents or other proprietary rights and laws. Except as expressly permitted by applicable law or authorized by Yahoo! or

Exhibit B                    YAHOO 002475

advertisers, you agree not to modify, rent, lease, loan, sell, distribute or create derivative works based on the Service or the Software, in whole or in part.

Yahoo! grants you a personal, non-transferable and non-exclusive right and license to use the object code of its Software on a single computer; provided that you do not (and do not allow any third party to) copy, modify, create a derivative work from, reverse engineer, reverse assemble or otherwise attempt to discover any source code, sell, assign, sublicense, grant a security interest in or otherwise transfer any right in the Software. You agree not to modify the Software in any manner or form, nor to use modified versions of the Software, including (without limitation) for the purpose of obtaining unauthorized access to the Service. You agree not to access the Service by any means other than through the interface that is provided by Yahoo! for use in accessing the Service.

19. DISCLAIMER OF WARRANTIES

YOU EXPRESSLY UNDERSTAND AND AGREE THAT:

a. YOUR USE OF THE SERVICE IS AT YOUR SOLE RISK. THE SERVICE IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. YAHOO AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND LICENSORS EXPRESSLY DISCLAIM ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

b. YAHOO! AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND LICENSORS MAKE NO WARRANTY THAT (i) THE SERVICE WILL MEET YOUR REQUIREMENTS; (ii) THE SERVICE WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE; (iii) THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SERVICE WILL BE ACCURATE OR RELIABLE; (iv) THE QUALITY OF ANY PRODUCTS, SERVICES, INFORMATION OR OTHER MATERIAL PURCHASED OR OBTAINED BY YOU THROUGH THE SERVICE WILL MEET YOUR EXPECTATIONS; AND (v) ANY ERRORS IN THE SOFTWARE WILL BE CORRECTED.

c. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS ACCESSED AT YOUR OWN DISCRETION AND RISK, AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF ANY SUCH MATERIAL.

d. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM YAHOO! OR THROUGH OR FROM THE SERVICE SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THE TOS.

e. A SMALL PERCENTAGE OF USERS MAY EXPERIENCE EPILEPTIC SEIZURES WHEN EXPOSED TO CERTAIN LIGHT PATTERNS OR BACKGROUNDS ON A COMPUTER SCREEN OR WHILE USING THE SERVICE. CERTAIN CONDITIONS MAY INDUCE PREVIOUSLY UNDETECTED EPILEPTIC SYMPTOMS EVEN IN USERS WHO HAVE NO HISTORY OF PRIOR SEIZURES OR EPILEPSY. IF YOU, OR ANYONE IN YOUR FAMILY, HAVE AN EPILEPTIC CONDITION, CONSULT YOUR PHYSICIAN PRIOR TO USING THE SERVICE. IMMEDIATELY DISCONTINUE USE OF THE SERVICE AND CONSULT YOUR PHYSICIAN IF YOU EXPERIENCE ANY OF THE FOLLOWING SYMPTOMS WHILE USING THE SERVICE: DIZZINESS, ALTERED VISION, EYE OR MUSCLE TWITCHES, LOSS OF AWARENESS, DISORIENTATION, ANY INVOLUNTARY MOVEMENT, OR CONVULSIONS.

20. LIMITATION OF LIABILITY

YAHOO 002476

YOU EXPRESSLY UNDERSTAND AND AGREE THAT YAHOO! AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND LICENSORS SHALL NOT BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES, INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF YAHOO! HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), RESULTING FROM: (i) THE USE OR THE INABILITY TO USE THE SERVICE; (ii) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION OR SERVICES PURCHASED OR OBTAINED OR MESSAGES RECEIVED OR TRANSACTIONS ENTERED INTO THROUGH OR FROM THE SERVICE; (iii) UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR TRANSMISSIONS OR DATA; (iv) STATEMENTS OR CONDUCT OF ANY THIRD PARTY ON THE SERVICE; OR (v) ANY OTHER MATTER RELATING TO THE SERVICE.

21. EXCLUSIONS AND LIMITATIONS

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES OR THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. ACCORDINGLY, SOME OF THE ABOVE LIMITATIONS OF SECTIONS 19 AND 20 MAY NOT APPLY TO YOU.

22. SPECIAL ADMONITION FOR SERVICES RELATING TO FINANCIAL MATTERS

If you intend to create or join any service, receive or request any news, messages, alerts or other information from the Service concerning companies, stock quotes, investments or securities, please read the above Sections 19 and 20 again. They go doubly for you. In addition, for this type of information particularly, the phrase "Let the investor beware" is apt. The Service is provided for informational purposes only, and no Content included in the Service is intended for trading or investing purposes. Yahoo! and its licensors shall not be responsible or liable for the accuracy, usefulness or availability of any information transmitted or made available via the Service, and shall not be responsible or liable for any trading or investment decisions based on such information.

23. NO THIRD-PARTY BENEFICIARIES

You agree that, except as otherwise expressly provided in this TOS, there shall be no third-party beneficiaries to this agreement.

24. NOTICE

Yahoo! may provide you with notices, including those regarding changes to the TOS, by email, regular mail or postings on the Service.

25. TRADEMARK INFORMATION

The YAHOO!, Yahoo! logo, YAHOO! (in Chinese characters), YAHOOLIGANS!, Yahooligans! logo, YAHOO! KIDS, Yahoo! Kids logo, Jumpin' Y Guy logo, DO YOU YAHOO!?, Y!, Y! logo, MY YAHOO!, Y! and Star logo, YAHOO! YODEL, YAHOO! EVERYWHERE, YAHOO! GROUPS, YAHOO! MAIL OUTPOST, YAHOO! VISION, Eyeballs logo, 12 DAYS OF GIVING, 1800MYYAHOO, ACCENTRIC, BETTER JOBS FOR A BETTER LIFE, BINGO, BROADCAST.COM, CAMP YAHOO!, CORPORATE YAHOO!, CYBERSET, EGROUPS, FANTASY CAREERS, FOR ALL THAT SURFING YOU NEED THE RIGHT BOARD, FORTIFIED WITH YAHOO!, FUTUREBUILDER, GAMEPROWLER, GameProwler logo, GEOCITIES, GeoCities logo, GEOCITIES (in Chinese characters), GET LOCAL, Hexagon Design, HOPE FOR THE HOLIDAYS, HOTJOBS, HOW DO YOU MOVE YOUR MONEY?, HUMAN COUPON, IMVIRONMENTS, INKTOMI, INTERNET AT THE SPEED OF YOU, INVOLVEMENT BRANDING, IPO ROW, JT'S BLOCKS, LIVING ROOM ACTIVE, MATCHCAST, NAVAL COMMAND, PERMISSION MARKETING, PERSONAL EDGE, PERSONAL NOTES HOSTED BY DAVE KOZ, RESLEX, RESUMIX, ROCKETMAIL, SAFETY SHIELD, SCALING THE INTERNET, SHOPFIND, SOFTSHOE, SPORTSTREAM and Design, Star Design, STATTRACKER, THE BIG PICTURE, THE EXPERIENCED PROFESSIONAL'S JOB BOARD, THE ORIGINAL TEXAS YA-HOO CAKE CO. and Design, THE WEB'S HOTTEST JOBS, TOKI TOKI BOOM, TRAFFIC CONTROLLER,

Exhibit B

YAHOO 002477

TRAFFIC SERVER, TURN IT ON, VALUELAB, VIVASMART, WEB CORPS, Web Corps logo, WORD RACER, WORDAHOLIC, WORKWORLD, WWW.HOTJOBS.COM, YEF, and YOUR HOME ON THE WEB trademarks and service marks and other Yahoo! logos and product and service names are trademarks of Yahoo! Inc. (the "Yahoo! Marks"). Without Yahoo!'s prior permission, you agree not to display or use in any manner the Yahoo! Marks.

26.  NOTICE AND PROCEDURE FOR MAKING CLAIMS OF COPYRIGHT OR INTELLECTUAL PROPERTY INFRINGEMENT

Yahoo! respects the intellectual property of others, and we ask our users to do the same. Yahoo! may, in appropriate circumstances and at its discretion, disable and/or terminate the accounts of users who may be repeat infringers. If you believe that your work has been copied in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide Yahoo!'s Copyright Agent the following information:

> a. an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;
>
> b. a description of the copyrighted work or other intellectual property that you claim has been infringed;
>
> c. a description of where the material that you claim is infringing is located on the site;
>
> d. your address, telephone number, and email address;
>
> e. a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;
>
> f. a statement by you, made under penalty of perjury, that the above information in your Notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

Yahoo!'s Agent for Notice of claims of copyright or other intellectual property infringement can be reached as follows:

By mail:
Copyright Agent
c/o Yahoo! Inc.
701 First Avenue
Sunnyvale, CA 94089
By phone: (408) 349-5080
By fax: (408) 349-7821
By email: copyright@yahoo-inc.com

27.  GENERAL INFORMATION

*Entire Agreement.* The TOS constitutes the entire agreement between you and Yahoo! and governs your use of the Service, superseding any prior agreements between you and Yahoo! with respect to the Service. You also may be subject to additional terms and conditions that may apply when you use or purchase certain other Yahoo! services, affiliate services, third-party content or third-party software.

*Choice of Law and Forum.* The TOS and the relationship between you and Yahoo! shall be governed by the laws of the State of California without regard to its conflict of law provisions. You and Yahoo! agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Santa Clara, California.

*Waiver and Severability of Terms.* The failure of Yahoo! to exercise or enforce any right or provision of the TOS shall not constitute a waiver of such right or provision. If any provision of the TOS is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of

the TOS remain in full force and effect.

*No Right of Survivorship and Non-Transferability.* You agree that your Yahoo! account is non-transferable and any rights to your Yahoo! ID or contents within your account terminate upon your death. Upon receipt of a copy of a death certificate, your account may be terminated and all contents therein permanently deleted.

*Statute of Limitations.* You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of the Service or the TOS must be filed within one (1) year after such claim or cause of action arose or be forever barred.

The section titles in the TOS are for convenience only and have no legal or contractual effect.

28. VIOLATIONS

Please report any violations of the TOS to our Customer Care group.

Copyright © 2007 Yahoo! Inc. All Rights Reserved.
Privacy | Legal

Exhibit B          YAHOO 002479

Exhibit C

Yahoo!

Search

Help

# YAHOO! TERMS

Yahoo! Terms of Service

Yahoo! Info Center > Yahoo! Terms Center > Yahoo! Terms of Service

Email      Print

## Yahoo! Terms of Service

1. ACCEPTANCE OF TERMS

   Yahoo! Inc. ("Yahoo!") welcomes you. Yahoo! provides its service to you subject to the following Terms of Service ("TOS"), which may be updated by us from time to time without notice to you. You can review the most current version of the TOS at any time at: http://info.yahoo.com/legal/us/yahoo/utos/utos-173.html . In addition, when using particular Yahoo! owned or operated services, you and Yahoo! shall be subject to any posted guidelines or rules applicable to such services, which may be posted from time to time. All such guidelines or rules (including but not limited to our Spam Policy) are hereby incorporated by reference into the TOS. Yahoo! may also offer other services that are governed by different Terms of Service. For instance, different terms apply to homesteaders on Yahoo! GeoCities or members of AT&T Yahoo! Dial or AT&T Yahoo! High Speed.

2. DESCRIPTION OF SERVICE

   Yahoo! provides users with access to a rich collection of resources, including various communications tools, forums, shopping services, search services, personalized content and branded programming through its network of properties which may be accessed through any various medium or device now known or hereafter developed (the "Service"). You also understand and agree that the Service may include advertisements and that these advertisements are necessary for Yahoo! to provide the Service. You also understand and agree that the Service may include certain communications from Yahoo!, such as service announcements, administrative messages and the Yahoo! Newsletter, and that these communications are considered part of Yahoo! membership and you will not be able to opt out of receiving them. Unless explicitly stated otherwise, any new features that augment or enhance the current Service, including the release of new Yahoo! properties, shall be subject to the TOS. You understand and agree that the Service is provided "AS-IS" and that Yahoo! assumes no responsibility for the timeliness, deletion, mis-delivery or failure to store any user communications or personalization settings. You are responsible for obtaining access to the Service, and that access may involve third-party fees (such as Internet service provider or airtime charges). You are responsible for those fees, including those fees associated with the display or delivery of advertisements. In addition, you must provide and are responsible for all equipment necessary to access the Service.

   Please be aware that Yahoo! has created certain areas on the Service that contain adult or mature content. You must be at least 18 years of age to access and view such areas.

3. YOUR REGISTRATION OBLIGATIONS

   In consideration of your use of the Service, you represent that you are of legal age to form a binding contract and are not a person barred from receiving services under the laws of the United States or other applicable jurisdiction. You also agree to: (a) provide true, accurate, current and complete information about yourself as prompted by the Service's registration form (the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Yahoo! has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Yahoo! has the right to suspend or terminate your account and refuse any and all current or future use of the Service (or any portion thereof). Yahoo! is concerned about the safety and

Exhibit C        YAHOO 002480

privacy of all its users, particularly children. For this reason, parents of children under the age of 13 who wish to allow their children access to the Service must create a Yahoo! Family Account. When you create a Yahoo! Family Account and add your child to the account, you certify that you are at least 18 years old and that you are the legal guardian of the child/children listed on the Yahoo! Family Account. By adding a child to your Yahoo! Family Account, you also give your child permission to access many areas of the Service, including, email, message boards and instant messaging (among others). Please remember that the Service is designed to appeal to a broad audience. Accordingly, as the legal guardian, it is your responsibility to determine whether any of the Service areas and/or Content (as defined in Section 6 below) are appropriate for your child.

4. YAHOO! PRIVACY POLICY

Registration Data and certain other information about you is subject to our Privacy Policy. For more information, see our full privacy policy at http://info.yahoo.com/privacy/us/yahoo/, or if you came from Yahoo! Kids, then see our Yahoo! Kids privacy policy at http://www.yahooligans.com/docs/privacy/. You understand that through your use of the Service you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States and/or other countries for storage, processing and use by Yahoo! and its affiliates.

5. MEMBER ACCOUNT, PASSWORD AND SECURITY

You will receive a password and account designation upon completing the Service's registration process. You are responsible for maintaining the confidentiality of the password and account and are fully responsible for all activities that occur under your password or account. You agree to (a) immediately notify Yahoo! of any unauthorized use of your password or account or any other breach of security, and (b) ensure that you exit from your account at the end of each session. Yahoo! cannot and will not be liable for any loss or damage arising from your failure to comply with this Section 5.

6. MEMBER CONDUCT

You understand that all information, data, text, software, music, sound, photographs, graphics, video, messages, tags, or other materials ("Content"), whether publicly posted or privately transmitted, are the sole responsibility of the person from whom such Content originated. This means that you, and not Yahoo!, are entirely responsible for all Content that you upload, post, email, transmit or otherwise make available via the Service. Yahoo! does not control the Content posted via the Service and, as such, does not guarantee the accuracy, integrity or quality of such Content. You understand that by using the Service, you may be exposed to Content that is offensive, indecent or objectionable. Under no circumstances will Yahoo! be liable in any way for any Content, including, but not limited to, any errors or omissions in any Content, or any loss or damage of any kind incurred as a result of the use of any Content posted, emailed, transmitted or otherwise made available via the Service.

You agree to not use the Service to:

   a. upload, post, email, transmit or otherwise make available any Content that is unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, libelous, invasive of another's privacy, hateful, or racially, ethnically or otherwise objectionable;

   b. harm minors in any way;

   c. impersonate any person or entity, including, but not limited to, a Yahoo! official, forum leader, guide or host, or falsely state or otherwise misrepresent your affiliation with a person or entity;

   d. forge headers or otherwise manipulate identifiers in order to disguise the origin of any Content transmitted through the Service;

   e. upload, post, email, transmit or otherwise make available any Content that you do not have a right to make available under any law or under

Exhibit C                                        YAHOO 002481

contractual or fiduciary relationships (such as inside information, proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements);

f.  upload, post, email, transmit or otherwise make available any Content that infringes any patent, trademark, trade secret, copyright or other proprietary rights ("Rights") of any party;

g.  upload, post, email, transmit or otherwise make available any unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation, except in those areas (such as shopping) that are designated for such purpose (please read our complete Spam Policy);

h.  upload, post, email, transmit or otherwise make available any material that contains software viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment;

i.  disrupt the normal flow of dialogue, cause a screen to "scroll" faster than other users of the Service are able to type, or otherwise act in a manner that negatively affects other users' ability to engage in real time exchanges;

j.  interfere with or disrupt the Service or servers or networks connected to the Service, or disobey any requirements, procedures, policies or regulations of networks connected to the Service;

k.  intentionally or unintentionally violate any applicable local, state, national or international law, including, but not limited to, regulations promulgated by the U.S. Securities and Exchange Commission, any rules of any national or other securities exchange, including, without limitation, the New York Stock Exchange, the American Stock Exchange or the NASDAQ, and any regulations having the force of law;

l.  provide material support or resources (or to conceal or disguise the nature, location, source, or ownership of material support or resources) to any organization(s) designated by the United States government as a foreign terrorist organization pursuant to section 219 of the Immigration and Nationality Act;

m.  "stalk" or otherwise harass another; and/or

n.  collect or store personal data about other users in connection with the prohibited conduct and activities set forth in paragraphs a through m above.

You acknowledge that Yahoo! may or may not pre-screen Content, but that Yahoo! and its designees shall have the right (but not the obligation) in their sole discretion to pre-screen, refuse, or remove any Content that is available via the Service. Without limiting the foregoing, Yahoo! and its designees shall have the right to remove any Content that violates the TOS or is otherwise objectionable. You agree that you must evaluate, and bear all risks associated with, the use of any Content, including any reliance on the accuracy, completeness, or usefulness of such Content. In this regard, you acknowledge that you may not rely on any Content created by Yahoo! or submitted to Yahoo!, including without limitation information in Yahoo! Message Boards and in all other parts of the Service.

You acknowledge, consent and agree that Yahoo! may access, preserve and disclose your account information and Content if required to do so by law or in a good faith belief that such access preservation or disclosure is reasonably necessary to: (a) comply with legal process; (b) enforce the TOS; (c) respond to claims that any Content violates the rights of third parties; (d) respond to your requests for customer service; or (e) protect the rights, property or personal safety of Yahoo!, its users and the public.

You understand that the technical processing and transmission of the Service,

Exhibit C          YAHOO 002482

including your Content, may involve (a) transmissions over various networks; and (b) changes to conform and adapt to technical requirements of connecting networks or devices.

You understand that the Service and software embodied within the Service may include security components that permit digital materials to be protected, and that use of these materials is subject to usage rules set by Yahoo! and/or content providers who provide content to the Service. You may not attempt to override or circumvent any of the usage rules embedded into the Service. Any unauthorized reproduction, publication, further distribution or public exhibition of the materials provided on the Service, in whole or in part, is strictly prohibited.

7. INTERSTATE NATURE OF COMMUNICATIONS ON YAHOO! NETWORK

When you register with Yahoo!, you acknowledge that in using Yahoo! services to send electronic communications (including but not limited to email, search queries, sending messages to Yahoo! Chat or Yahoo! Groups, uploading photos and files to Yahoo! Photos or Briefcase, and other Internet activities), you will be causing communications to be sent through Yahoo!'s computer networks, portions of which are located in California, Texas, Virginia, and other locations in the United States and portions of which are located abroad. As a result, and also as a result of Yahoo!'s network architecture and business practices and the nature of electronic communications, even communications that seem to be intrastate in nature can result in the transmission of interstate communications regardless of where you are physically located at the time of transmission. Accordingly, by agreeing to this Terms of Service, you acknowledge that use of the service results in interstate data transmissions.

Yahoo! Messenger, including any web-based versions, will allow you and the people with whom you communicate to save your conversations in your Yahoo! accounts located on Yahoo! servers. This means you can access and search your *message history from any computer with access to the internet. Whether or not you use this feature, other users may choose to use it to save conversations with you in their account on Yahoo! too. Your agreement to this TOS constitutes your consent to allow Yahoo! to store these communications on its servers. From time to time Yahoo! will send you notices through the Yahoo! Messenger Service to let you know about important changes to the Yahoo! Messenger or related Services. Such messages may not be received if you violate this TOS by accessing the Service in an unauthorized manner. Your agreement to this TOS constitutes your agreement that you are deemed to have received any and all notices that would have been delivered had you accessed the Service in an authorized manner.*

8. SPECIAL ADMONITIONS FOR INTERNATIONAL USE

Recognizing the global nature of the Internet, you agree to comply with all local rules regarding online conduct and acceptable Content. Specifically, you agree to comply with all applicable laws regarding the transmission of technical data exported from the United States or the country in which you reside.

9. CONTENT SUBMITTED OR MADE AVAILABLE FOR INCLUSION ON THE SERVICE

*Yahoo! does not claim ownership of Content you submit or make available for* inclusion on the Service. However, with respect to Content you submit or make available for inclusion on publicly accessible areas of the Service, you grant Yahoo! the following worldwide, royalty-free and non-exclusive license(s), as applicable:

   a. With respect to Content you submit or make available for inclusion on publicly accessible areas of Yahoo! Groups, the license to use, distribute, reproduce, modify, adapt, publicly perform and publicly display such Content on the Service solely for the purposes of providing and promoting the specific Yahoo! Group to which such Content was submitted or made available. This license exists only for as long as you elect to continue to include such Content on the Service and will terminate at the time you remove or Yahoo! removes such Content from the Service.

   b. With respect to photos, graphics, audio or video you submit or make

Exhibit C                    YAHOO 002483

available for inclusion on publicly accessible areas of the Service other than Yahoo! Groups, the license to use, distribute, reproduce, modify, adapt, publicly perform and publicly display such Content on the Service solely for the purpose for which such Content was submitted or made available. This license exists only for as long as you elect to continue to include such Content on the Service and will terminate at the time you remove or Yahoo! removes such Content from the Service.

c. With respect to Content other than photos, graphics, audio or video you submit or make available for inclusion on publicly accessible areas of the Service other than Yahoo! Groups, the perpetual, irrevocable and fully sublicensable license to use, distribute, reproduce, modify, adapt, publish, translate, publicly perform and publicly display such Content (in whole or in part) and to incorporate such Content into other works in any format or medium now known or later developed.

"Publicly accessible" areas of the Service are those areas of the Yahoo! network of properties that are intended by Yahoo! to be available to the general public. By way of example, publicly accessible areas of the Service would include Yahoo! Message Boards and portions of Yahoo! Groups, Photos and Briefcase that are open to both members and visitors. However, publicly accessible areas of the Service would not include portions of Yahoo! Groups that are limited to members, Yahoo! services intended for private communication such as Yahoo! Mail or Yahoo! Messenger, or areas off of the Yahoo! network of properties such as portions of World Wide Web sites that are accessible via hypertext or other links but are not hosted or served by Yahoo!.

10. CONTRIBUTIONS TO YAHOO!

By submitting ideas, suggestions, documents, and/or proposals ("Contributions") to Yahoo! through its suggestion or feedback webpages, you acknowledge and agree that: (a) your Contributions do not contain confidential or proprietary information; (b) Yahoo! is not under any obligation of confidentiality, express or implied, with respect to the Contributions; (c) Yahoo! shall be entitled to use or disclose (or choose not to use or disclose) such Contributions for any purpose, in any way, in any media worldwide; (d) Yahoo! may have something similar to the Contributions already under consideration or in development; (e) your Contributions automatically become the property of Yahoo! without any obligation of Yahoo! to you; and (f) you are not entitled to any compensation or reimbursement of any kind from Yahoo! under any circumstances.

11. INDEMNITY

You agree to indemnify and hold Yahoo! and its subsidiaries, affiliates, officers, agents, employees, partners and licensors harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of Content you submit, post, transmit or otherwise make available through the Service, your use of the Service, your connection to the Service, your violation of the TOS, or your violation of any rights of another.

12. NO RESALE OF SERVICE

You agree not to reproduce, duplicate, copy, sell, trade, resell or exploit for any commercial purposes, any portion of the Service (including your Yahoo! ID), use of the Service, or access to the Service.

13. GENERAL PRACTICES REGARDING USE AND STORAGE

You acknowledge that Yahoo! may establish general practices and limits concerning use of the Service, including without limitation the maximum number of days that email messages, message board postings or other uploaded Content will be retained by the Service, the maximum number of email messages that may be sent from or received by an account on the Service, the maximum size of any email message that may be sent from or received by an account on the Service, the maximum disk space that will be allotted on Yahoo!'s servers on your behalf, and the maximum number of times (and the maximum duration for which) you may

Exhibit C    YAHOO 002484

access the Service in a given period of time. You agree that Yahoo! has no responsibility or liability for the deletion or failure to store any messages and other communications or other Content maintained or transmitted by the Service. You acknowledge that Yahoo! reserves the right to log off accounts that are inactive for an extended period of time. You further acknowledge that Yahoo! reserves the right to modify these general practices and limits from time to time.

14. MODIFICATIONS TO SERVICE

Yahoo! reserves the right at any time and from time to time to modify or discontinue, temporarily or permanently, the Service (or any part thereof) with or without notice. You agree that Yahoo! shall not be liable to you or to any third party for any modification, suspension or discontinuance of the Service.

15. TERMINATION

You agree that Yahoo! may, *under certain circumstances and without prior notice*, immediately terminate your Yahoo! account, any associated email address, and access to the Service. Cause for such termination shall include, but not be limited to, (a) breaches or violations of the TOS or other incorporated agreements or guidelines, (b) requests by law enforcement or other government agencies, (c) a request by you (self-initiated account deletions), (d) discontinuance or material modification to the Service (or any part thereof), (e) unexpected technical or security issues or problems, (f) extended periods of inactivity, (g) engagement by you in fraudulent or illegal activities, and/or (h) nonpayment of any fees owed by you in connection with the Services. Termination of your Yahoo! account includes (a) removal of access to all offerings within the Service, including but not limited to Yahoo! Mail, Groups, Messenger, Chat, Domains, Personals, Auctions, Message Boards, Greetings, Alerts and Games, (b) deletion of your password and all related information, files and content associated with or inside your account (or any part thereof), and (c) barring of further use of the Service. Further, you agree that all terminations for cause shall be made in Yahoo!'s sole discretion and that Yahoo! shall not be liable to you or any third party for any termination of your account, any associated email address, or access to the Service.

16. DEALINGS WITH ADVERTISERS

Your correspondence or business dealings with, or participation in promotions of, advertisers found on or through the Service, including payment and delivery of related goods or services, and any other terms, conditions, warranties or representations associated with such dealings, are solely between you and such advertiser. You agree that Yahoo! shall not be responsible or liable for any loss or damage of any sort incurred as the result of any such dealings or as the result of the presence of such advertisers on the Service.

17. LINKS

The Service may provide, or third parties may provide, links to other World Wide Web sites or resources. Because Yahoo! has no control over such sites and resources, you acknowledge and agree that Yahoo! is not responsible for the availability of such external sites or resources, and does not endorse and is not responsible or liable for any Content, advertising, products or other materials on or available from such sites or resources. You further acknowledge and agree that Yahoo! shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such Content, goods or services available on or through any such site or resource.

18. YAHOO!'S PROPRIETARY RIGHTS

You acknowledge and agree that the Service and any necessary software used in connection with the Service ("Software") contain proprietary and confidential information that is protected by applicable intellectual property and other laws. You further acknowledge and agree that Content contained in sponsor advertisements or information presented to you through the Service or by advertisers is protected by copyrights, trademarks, service marks, patents or other proprietary rights and laws. Except as expressly permitted by applicable law or authorized by Yahoo! or

Exhibit C                                        YAHOO 002485

advertisers, you agree not to modify, rent, lease, loan, sell, distribute or create derivative works based on the Service or the Software, in whole or in part.

Yahoo! grants you a personal, non-transferable and non-exclusive right and license to use the object code of its Software on a single computer; provided that you do not (and do not allow any third party to) copy, modify, create a derivative work from, reverse engineer, reverse assemble or otherwise attempt to discover any source code, sell, assign, sublicense, grant a security interest in or otherwise transfer any right in the Software. You agree not to modify the Software in any manner or form, nor to use modified versions of the Software, including (without limitation) for the purpose of obtaining unauthorized access to the Service. You agree not to access the Service by any means other than through the interface that is provided by Yahoo! for use in accessing the Service.

19. DISCLAIMER OF WARRANTIES

YOU EXPRESSLY UNDERSTAND AND AGREE THAT:

    a. YOUR USE OF THE SERVICE IS AT YOUR SOLE RISK. THE SERVICE IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. YAHOO AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND LICENSORS EXPRESSLY DISCLAIM ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

    b. YAHOO! AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND LICENSORS MAKE NO WARRANTY THAT (i) THE SERVICE WILL MEET YOUR REQUIREMENTS; (ii) THE SERVICE WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE; (iii) THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SERVICE WILL BE ACCURATE OR RELIABLE; (iv) THE QUALITY OF ANY PRODUCTS, SERVICES, INFORMATION OR OTHER MATERIAL PURCHASED OR OBTAINED BY YOU THROUGH THE SERVICE WILL MEET YOUR EXPECTATIONS; AND (v) ANY ERRORS IN THE SOFTWARE WILL BE CORRECTED.

    c. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS ACCESSED AT YOUR OWN DISCRETION AND RISK, AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF ANY SUCH MATERIAL.

    d. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM YAHOO! OR THROUGH OR FROM THE SERVICE SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THE TOS.

    e. A SMALL PERCENTAGE OF USERS MAY EXPERIENCE EPILEPTIC SEIZURES WHEN EXPOSED TO CERTAIN LIGHT PATTERNS OR BACKGROUNDS ON A COMPUTER SCREEN OR WHILE USING THE SERVICE. CERTAIN CONDITIONS MAY INDUCE PREVIOUSLY UNDETECTED EPILEPTIC SYMPTOMS EVEN IN USERS WHO HAVE NO HISTORY OF PRIOR SEIZURES OR EPILEPSY. IF YOU, OR ANYONE IN YOUR FAMILY, HAVE AN EPILEPTIC CONDITION, CONSULT YOUR PHYSICIAN PRIOR TO USING THE SERVICE. IMMEDIATELY DISCONTINUE USE OF THE SERVICE AND CONSULT YOUR PHYSICIAN IF YOU EXPERIENCE ANY OF THE FOLLOWING SYMPTOMS WHILE USING THE SERVICE: DIZZINESS, ALTERED VISION, EYE OR MUSCLE TWITCHES, LOSS OF AWARENESS, DISORIENTATION, ANY INVOLUNTARY MOVEMENT, OR CONVULSIONS.

20. LIMITATION OF LIABILITY

Exhibit C

YAHOO 002486

YOU EXPRESSLY UNDERSTAND AND AGREE THAT YAHOO! AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND LICENSORS SHALL NOT BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES, INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF YAHOO! HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), RESULTING FROM: (i) THE USE OR THE INABILITY TO USE THE SERVICE; (ii) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION OR SERVICES PURCHASED OR OBTAINED OR MESSAGES RECEIVED OR TRANSACTIONS ENTERED INTO THROUGH OR FROM THE SERVICE; (iii) UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR TRANSMISSIONS OR DATA; (iv) STATEMENTS OR CONDUCT OF ANY THIRD PARTY ON THE SERVICE; OR (v) ANY OTHER MATTER RELATING TO THE SERVICE.

21. EXCLUSIONS AND LIMITATIONS

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES OR THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. ACCORDINGLY, SOME OF THE ABOVE LIMITATIONS OF SECTIONS 19 AND 20 MAY NOT APPLY TO YOU.

22. SPECIAL ADMONITION FOR SERVICES RELATING TO FINANCIAL MATTERS

If you intend to create or join any service, receive or request any news, messages, alerts or other information from the Service concerning companies, stock quotes, investments or securities, please read the above Sections 19 and 20 again. They go doubly for you. In addition, for this type of information particularly, the phrase "Let the investor beware" is apt. The Service is provided for informational purposes only, and no Content included in the Service is intended for trading or investing purposes. Yahoo! and its licensors shall not be responsible or liable for the accuracy, usefulness or availability of any information transmitted or made available via the Service, and shall not be responsible or liable for any trading or investment decisions based on such information.

23. NO THIRD-PARTY BENEFICIARIES

You agree that, except as otherwise expressly provided in this TOS, there shall be no third-party beneficiaries to this agreement.

24. NOTICE

Yahoo! may provide you with notices, including those regarding changes to the TOS, including by but not limited to email, regular mail, SMS, MMS, text message, postings on the Service, or other reasonable means now known or hereinafter developed.

25. TRADEMARK INFORMATION

The YAHOO!, Yahoo! logo, YAHOO! (in Chinese characters), YAHOOLIGANS!, Yahooligans! logo, YAHOO! KIDS, Yahoo! Kids logo, Jumpin' Y Guy logo, DO YOU YAHOO!?, Y!, Y! logo, MY YAHOO!, Y! and Star logo, YAHOO! YODEL, YAHOO! EVERYWHERE, YAHOO! GROUPS, YAHOO! MAIL OUTPOST, YAHOO! VISION, Eyeballs logo, 12 DAYS OF GIVING, 1800MYYAHOO, ACCENTRIC, BETTER JOBS FOR A BETTER LIFE, BINGO, BROADCAST.COM, CAMP YAHOO!, CORPORATE YAHOO!, CYBERSET, EGROUPS, FANTASY CAREERS, FOR ALL THAT SURFING YOU NEED THE RIGHT BOARD, FORTIFIED WITH YAHOO!, FUTUREBUILDER, GAMEPROWLER, GameProwler logo, GEOCITIES, GeoCities logo, GEOCITIES (in Chinese characters), GET LOCAL, Hexagon Design, HOPE FOR THE HOLIDAYS, HOTJOBS, HOW DO YOU MOVE YOUR MONEY?, HUMAN COUPON, IMVIRONMENTS, INKTOMI, INTERNET AT THE SPEED OF YOU, INVOLVEMENT BRANDING, IPO ROW, JT'S BLOCKS, LIVING ROOM ACTIVE, MATCHCAST, NAVAL COMMAND, PERMISSION MARKETING, PERSONAL EDGE, PERSONAL NOTES HOSTED BY DAVE KOZ, RESLEX, RESUMIX, ROCKETMAIL, SAFETY SHIELD, SCALING THE INTERNET, SHOPFIND, SOFTSHOE, SPORTSTREAM and Design, Star Design, STATTRACKER, THE BIG PICTURE, THE EXPERIENCED

Exhibit C                                        YAHOO 002487

PROFESSIONAL'S JOB BOARD, THE ORIGINAL TEXAS YA-HOO CAKE CO. and Design, THE WEB'S HOTTEST JOBS, TOKI TOKI BOOM, TRAFFIC CONTROLLER, TRAFFIC SERVER, TURN IT ON, VALUELAB, VIVASMART, WEB CORPS, Web Corps logo, WORD RACER, WORDAHOLIC, WORKWORLD, WWW.HOTJOBS.COM, YEF, and YOUR HOME ON THE WEB trademarks and service marks and other Yahoo! logos and product and service names are trademarks of Yahoo! Inc. (the "Yahoo! Marks"). Without Yahoo!'s prior permission, you agree not to display or use in any manner the Yahoo! Marks.

26.  NOTICE AND PROCEDURE FOR MAKING CLAIMS OF COPYRIGHT OR INTELLECTUAL PROPERTY INFRINGEMENT

Yahoo! respects the intellectual property of others, and we ask our users to do the same. Yahoo! may, in appropriate circumstances and at its discretion, disable and/or terminate the accounts of users who may be repeat infringers. If you believe that your work has been copied in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide Yahoo!'s Copyright Agent the following information:

a.  an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;

b.  a description of the copyrighted work or other intellectual property that you claim has been infringed;

c.  a description of where the material that you claim is infringing is located on the site;

d.  your address, telephone number, and email address;

e.  a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;

f.  a statement by you, made under penalty of perjury, that the above information in your Notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

Yahoo!'s Agent for Notice of claims of copyright or other intellectual property infringement can be reached as follows:

By mail:
Copyright Agent
c/o Yahoo! Inc.
701 First Avenue
Sunnyvale, CA 94089
By phone: (408) 349-5080
By fax: (408) 349-7821
By email: copyright@yahoo-inc.com

27.  GENERAL INFORMATION

*Entire Agreement.* The TOS constitutes the entire agreement between you and Yahoo! and governs your use of the Service, superseding any prior agreements between you and Yahoo! with respect to the Service. You also may be subject to additional terms and conditions that may apply when you use or purchase certain other Yahoo! services, affiliate services, third-party content or third-party software.

*Choice of Law and Forum.* The TOS and the relationship between you and Yahoo! shall be governed by the laws of the State of California without regard to its conflict of law provisions. You and Yahoo! agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Santa Clara, California.

*Waiver and Severability of Terms.* The failure of Yahoo! to exercise or enforce any right or provision of the TOS shall not constitute a waiver of such right or provision. If any provision of the TOS is found by a court of competent jurisdiction to be

Exhibit C          YAHOO 002488

invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of the TOS remain in full force and effect.

*No Right of Survivorship and Non-Transferability.* You agree that your Yahoo! account is non-transferable and any rights to your Yahoo! ID or contents within your account terminate upon your death. Upon receipt of a copy of a death certificate, your account may be terminated and all contents therein permanently deleted.

*Statute of Limitations.* You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of the Service or the TOS must be filed within one (1) year after such claim or cause of action arose or be forever barred.

The section titles in the TOS are for convenience only and have no legal or contractual effect.

28. VIOLATIONS

Please report any violations of the TOS to our Customer Care group.

Copyright © 2007 Yahoo! Inc. All Rights Reserved.
Privacy | Legal

Exhibit C

YAHOO 002489

Exhibit D

New User? Register     Sign In     Help          Get new Yahoo! Mail apps                    Mail    My Y!    Yahoo!

Search            [ Search Web ]

Yahoo! Terms of Service

Yahoo! Info Center > Yahoo! Terms Center > Yahoo! Terms of Service

                Email this Page       Print this Page

# Yahoo! Terms of Service

## 1. ACCEPTANCE OF TERMS

Yahoo! Inc. ("Yahoo!") welcomes you. Yahoo! provides the Yahoo! Services (defined below) to you subject to the following Terms of Service ("TOS"), which may be updated by us from time to time without notice to you. You can review the most current version of the TOS at any time at: http://info.yahoo.com/legal/us/yahoo/utos/terms/. By accessing and using the Yahoo! Services, you accept and agree to be bound by the terms and provision of the TOS. In addition, when using particular Yahoo! owned or operated services, you and Yahoo! shall be subject to any posted guidelines or rules applicable to such services, which may be posted and modified from time to time. All such guidelines or rules (including but not limited to our Spam Policy) are hereby incorporated by reference into the TOS. Yahoo! may also offer other services that are governed by different Terms of Service. In such cases the other terms of service will be posted on the relevant service to which they apply.

## 2. DESCRIPTION OF YAHOO! SERVICES

Yahoo! provides users with access to a rich collection of resources, including without limitation various communications tools, forums, shopping services, search services, personalized content and branded programming through its network of properties which may be accessed through any various medium or device now known or hereafter developed (the "Yahoo! Services"). You also understand and agree that the Yahoo! Services may include advertisements and that these advertisements are necessary for Yahoo! to provide the Yahoo! Services. You also understand and agree that the Yahoo! Services may include certain communications from Yahoo!, such as service announcements, administrative messages and the Yahoo! Newsletter, and that these communications are considered part of Yahoo! membership and you will not be able to opt out of receiving them. Unless explicitly stated otherwise, any new features that augment or enhance the current Yahoo! Services, including the release of new Yahoo! properties, shall be subject to the TOS. You understand and agree that the Yahoo! Services is provided "AS-IS" and that Yahoo! assumes no responsibility for the timeliness, deletion, mis-delivery or failure to store any user communications or personalization settings. You are responsible for obtaining access to the Yahoo! Services, and that access may involve third-party fees (such as Internet service provider or airtime charges). You are responsible for those fees, including those fees associated with the display or delivery of advertisements. In addition, you must provide and are responsible for all equipment necessary to access the Yahoo! Services.

You understand that the technical processing and transmission of the Yahoo! Services, including your Content, may involve (a) transmissions over various networks; and (b) changes to conform and adapt to technical requirements of connecting networks or devices.

Please be aware that Yahoo! has created certain areas on the Yahoo! Services that contain adult or mature content. You must be at least 18 years of age to access and view such areas.

## 3. YOUR REGISTRATION OBLIGATIONS

In consideration of your use of the Yahoo! Services, you represent that you are of legal age to form a binding contract and are not a person barred from receiving the Yahoo! Services under the laws of the United States or other applicable jurisdiction. You also agree to: (a) provide true, accurate, current and complete information about yourself as prompted by the Yahoo! Service's registration form (the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Yahoo! has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Yahoo! has the right to suspend or terminate your account and refuse any and all current or future use of the Yahoo! Services (or any portion thereof). Yahoo! is concerned about the safety and privacy of all its users, particularly children. For this reason, parents of children under the age of 13 who wish to allow their children access to the Yahoo! Services must create a Yahoo! Family Account. When you create a Yahoo! Family Account and add your child to the account, you certify that you are at least 18 years old and that you are the legal guardian of the child/children listed on the Yahoo! Family Account. By adding a child to your Yahoo! Family Account, you also give your child permission to access many areas of the Yahoo! Services, including, email, message boards and instant messaging (among others). Please remember that the Yahoo! Services is designed to appeal to a broad audience. Accordingly, as the legal guardian, it is your responsibility to determine whether any of the Yahoo! Services areas and/or Content (as defined in Section 6 below) are appropriate for your child.

## 4. YAHOO! PRIVACY POLICY



Δ π **EXHIBIT** 10
Deponent Doron
Date 2/27/15 Rptr. RH
WWW.DEPOBOOK.COM

Exhibit D

YAHOO 002508

Registration Data and certain other information about you are subject to our applicable privacy policy. For more information, see the full Yahoo! Privacy Policy at http://info.yahoo.com/privacy/us/yahoo/, or if you came from Yahoo! Kids, then see our Yahoo! Kids Privacy Policy at http://info.yahoo.com/privacy/us/yahoo/kids. You understand that through your use of the Yahoo! Services you consent to the collection and use (as set forth in the applicable privacy policy) of this information, including the transfer of this information to the United States and/or other countries for storage, processing and use by Yahoo! and its affiliates.

## 5. MEMBER ACCOUNT, PASSWORD AND SECURITY

You will receive a password and account designation upon completing the Yahoo! Service's registration process. You are responsible for maintaining the confidentiality of the password and account and are fully responsible for all activities that occur under your password or account. You agree to (a) immediately notify Yahoo! of any unauthorized use of your password or account or any other breach of security, and (b) ensure that you exit from your account at the end of each session. Yahoo! cannot and will not be liable for any loss or damage arising from your failure to comply with this Section 5.

## 6. MEMBER CONDUCT

You understand that all information, data, text, software, music, sound, photographs, graphics, video, messages, tags, or other materials ("Content"), whether publicly posted or privately transmitted, are the sole responsibility of the person from whom such Content originated. This means that you, and not Yahoo!, are entirely responsible for all Content that you upload, post, email, transmit or otherwise make available via the Yahoo! Services. Yahoo! does not control the Content posted via the Yahoo! Services and, as such, does not guarantee the accuracy, integrity or quality of such Content. You understand that by using the Yahoo! Services, you may be exposed to Content that is offensive, indecent or objectionable. Under no circumstances will Yahoo! be liable in any way for any Content, including, but not limited to, any errors or omissions in any Content, or any loss or damage of any kind incurred as a result of the use of any Content posted, emailed, transmitted or otherwise made available via the Yahoo! Services.

You agree to not use the Yahoo! Services to:

a. upload, post, email, transmit, or otherwise make available any Content that is unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, libelous, invasive of another's privacy, hateful, or racially, ethnically, or otherwise objectionable;

b. harm minors in any way;

c. impersonate any person or entity, including, but not limited to, a Yahoo! official, forum leader, guide or host, or falsely state or otherwise misrepresent your affiliation with a person or entity;

d. forge headers or otherwise manipulate identifiers in order to disguise the origin of any Content transmitted through the Yahoo! Service;

e. upload, post, email, transmit, or otherwise make available any Content that you do not have a right to make available under any law or under contractual or fiduciary relationships (such as inside information, proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements);

f. upload, post, email, transmit or otherwise make available any Content that infringes any patent, trademark, trade secret, copyright or other proprietary rights ("Rights") of any party;

g. upload, post, email, transmit, or otherwise make available any unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation, except in those areas (such as shopping) that are designated for such purpose (please read our complete Spam Policy);

h. upload, post, email, transmit, or otherwise make available any material that contains software viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment;

i. disrupt the normal flow of dialogue, cause a screen to "scroll" faster than other users of the Yahoo! Services are able to type, or otherwise act in a manner that negatively affects other users' ability to engage in real time exchanges;

j. interfere with or disrupt the Yahoo! Services or servers or networks connected to the Yahoo! Services, or disobey any requirements, procedures, policies or regulations of networks connected to the Yahoo! Services, including using any device, software or routine to bypass our robot exclusion headers;

k. intentionally or unintentionally violate any applicable local, state, national or international law, including, but not limited to, regulations promulgated by the U.S. Securities and Exchange Commission, any rules of any national or other securities exchange, including, without limitation, the New York Stock Exchange, the American Stock Exchange, or the NASDAQ, and any regulations having the force of law;

l. provide material support or resources (or to conceal or disguise the nature, location, source, or ownership of material support or resources) to any organization(s) designated by the United States government as a foreign terrorist organization pursuant to section 219 of the Immigration

Exhibit D

YAHOO 002509

and Nationality Act:

m. "stalk" or otherwise harass another; and/or

n. collect or store personal data about other users in connection with the prohibited conduct and activities set forth in paragraphs a through m above.

You acknowledge that Yahoo! may or may not pre-screen Content, but that Yahoo! and its designees shall have the right (but not the obligation) in their sole discretion to pre-screen, refuse, or remove any Content that is available via the Yahoo! Services. Without limiting the foregoing, Yahoo! and its designees shall have the right to remove any Content that violates the TOS or is otherwise objectionable. You agree that you must evaluate, and bear all risks associated with, the use of any Content, including any reliance on the accuracy, completeness, or usefulness of such Content. In this regard, you acknowledge that you may not rely on any Content created by Yahoo! or submitted to Yahoo!, including without limitation information in Yahoo! Message Boards and in all other parts of the Yahoo! Services.

You acknowledge, consent and agree that Yahoo! may access, preserve and disclose your account information and Content if required to do so by law or in a good faith belief that such access preservation or disclosure is reasonably necessary to: (i) comply with legal process; (ii) enforce the TOS; (iii) respond to claims that any Content violates the rights of third parties; (iv) respond to your requests for customer service; or (v) protect the rights, property or personal safety of Yahoo!, its users and the public.

You understand that the Yahoo! Services and software embodied within the Yahoo! Services may include security components that permit digital materials to be protected, and that use of these materials is subject to usage rules set by Yahoo! and/or content providers who provide content to the Yahoo! Services. You may not attempt to override or circumvent any of the usage rules embedded into the Yahoo! Services. Any unauthorized reproduction, publication, further distribution or public exhibition of the materials provided on the Yahoo! Services, in whole or in part, is strictly prohibited.

## 7. INTERSTATE NATURE OF COMMUNICATIONS ON YAHOO! NETWORK

When you register with Yahoo!, you acknowledge that in using the Yahoo! Services to send electronic communications (including but not limited to email, search queries, sending messages to Yahoo! Chat or Yahoo! Groups, uploading photos and files to Flickr, and other Internet activities), you will be causing communications to be sent through Yahoo!'s computer networks, portions of which are located in California, Texas, Virginia, and other locations in the United States and portions of which are located abroad. As a result, and also as a result of Yahoo!'s network architecture and business practices and the nature of electronic communications, even communications that seem to be intrastate in nature can result in the transmission of interstate communications regardless of where you are physically located at the time of transmission. Accordingly, by agreeing to this TOS, you acknowledge that use of the service results in interstate data transmissions.

## 8. SPECIAL ADMONITIONS FOR INTERNATIONAL USE AND EXPORT AND IMPORT COMPLIANCE

Recognizing the global nature of the Internet, you agree to comply with all local rules regarding online conduct and acceptable Content. Use of the Yahoo! Services and transfer, posting and uploading of software, technology, and other technical data via the Yahoo! Services may be subject to the export and import laws of the United States and other countries. You agree to comply with all applicable export and import laws and regulations, including without limitation the Export Administration Regulations (see http://www.access.gpo.gov/bis/ear/ear_data.html) and sanctions control programs of the United States (see http://www.treasury.gov/resource-center/sanctions/Programs/Pages/Programs.aspx). In particular, you represent and warrant that you: (a) are not a prohibited party identified on any government export exclusion lists (see http://www.bis.doc.gov/complianceandenforcement/liststocheck.htm) or a member of a government of any other export-prohibited countries as identified in applicable export and import laws and regulations; (b) will not transfer software, technology, and other technical data via the Yahoo! Services to export-prohibited parties or countries; (c) will not use the Yahoo! Services for military, nuclear, missile, chemical or biological weaponry end uses in violation of U.S. export laws; and (d) will not transfer, upload, or post via the Yahoo! Services any software, technology or other technical data in violation of U.S. or other applicable export or import laws.

## 9. CONTENT SUBMITTED OR MADE AVAILABLE FOR INCLUSION ON THE YAHOO! SERVICES

Yahoo! does not claim ownership of Content you submit or make available for inclusion on the Yahoo! Services. However, with respect to Content you submit or make available for inclusion on publicly accessible areas of the Yahoo! Services, you grant Yahoo! the following worldwide, royalty-free and non-exclusive license(s), as applicable:

a. With respect to Content you submit or make available for inclusion on publicly accessible areas of Yahoo! Groups, the license to use, distribute, reproduce, modify, adapt, publicly perform and publicly display such Content on the Yahoo! Services solely for the purposes of providing and promoting the specific Yahoo! Group to which such Content was submitted or made available. This license exists only for as long as you elect to continue to include such

Content on the Yahoo! Services and will terminate at the time you remove or Yahoo! removes such Content from the Yahoo! Services.

b. With respect to photos, graphics, audio or video you submit or make available for inclusion on publicly accessible areas of the Yahoo! Services other than Yahoo! Groups, the license to use, distribute, reproduce, modify, adapt, publicly perform and publicly display such Content on the Yahoo! Services solely for the purpose for which such Content was submitted or made available. This license exists only for as long as you elect to continue to include such Content on the Yahoo! Services and will terminate at the time you remove or Yahoo! removes such Content from the Yahoo! Services.

c. With respect to Content other than photos, graphics, audio or video you submit or make available for inclusion on publicly accessible areas of the Yahoo! Services other than Yahoo! Groups, the perpetual, irrevocable and fully sublicensable license to use, distribute, reproduce, modify, adapt, publish, translate, publicly perform and publicly display such Content (in whole or in part) and to incorporate such Content into other works in any format or medium now known or later developed.

"Publicly accessible" areas of the Yahoo! Services are those areas of the Yahoo! network of properties that are intended by Yahoo! to be available to the general public. By way of example, publicly accessible areas of the Yahoo! Services would include Yahoo! Message Boards and portions of Yahoo! Groups and Flickr that are open to both members and visitors. However, publicly accessible areas of the Yahoo! Services would not include portions of Yahoo! Groups that are limited to members, Yahoo! services intended for private communication such as Yahoo! Mail or Yahoo! Messenger, or areas off of the Yahoo! network of properties such as portions of World Wide Web sites that are accessible via hypertext or other links but are not hosted or served by Yahoo!.

## 10. CONTRIBUTIONS TO YAHOO!

By submitting ideas, suggestions, documents, and/or proposals ("Contributions") to Yahoo! through its suggestion or feedback webpages, you acknowledge and agree that: (a) your Contributions do not contain confidential or proprietary information; (b) Yahoo! is not under any obligation of confidentiality, express or implied, with respect to the Contributions; (c) Yahoo! shall be entitled to use or disclose (or choose not to use or disclose) such Contributions for any purpose, in any way, in any media worldwide; (d) Yahoo! may have something similar to the Contributions already under consideration or in development; (e) your Contributions automatically become the property of Yahoo! without any obligation of Yahoo! to you; and (f) you are not entitled to any compensation or reimbursement of any kind from Yahoo! under any circumstances.

## 11. INDEMNITY

You agree to indemnify and hold Yahoo! and its subsidiaries, affiliates, officers, agents, employees, partners and licensors harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of Content you submit, post, transmit, modify or otherwise make available through the Yahoo! Services, your use of the Yahoo! Services, your connection to the Yahoo! Services, your violation of the TOS, or your violation of any rights of another.

## 12. NO COMMERCIAL REUSE OF YAHOO! SERVICES

You agree not to reproduce, duplicate, copy, sell, trade, resell or exploit for any commercial purposes, any portion or use of, or access to, the Yahoo! Services (including Content, advertisements, Software and your Yahoo! ID).

## 13. GENERAL PRACTICES REGARDING USE AND STORAGE

You acknowledge that Yahoo! may establish general practices and limits concerning use of the Yahoo! Services, including without limitation the maximum number of days that email messages, message board postings or other uploaded Content will be retained by the Yahoo! Services, the maximum number of email messages that may be sent from or received by an account on the Yahoo! Services, the maximum size of any email message that may be sent from or received by an account on the Yahoo! Services, the maximum disk space that will be allotted on Yahoo!'s servers on your behalf, and the maximum number of times (and the maximum duration for which) you may access the Yahoo! Services in a given period of time. You agree that Yahoo! has no responsibility or liability for the deletion or failure to store any messages and other communications or other Content maintained or transmitted by the Yahoo! Services. You acknowledge that Yahoo! reserves the right to log off accounts that are inactive for an extended period of time. You further acknowledge that Yahoo! reserves the right to modify these general practices and limits from time to time.

Yahoo! Messenger, including any web-based versions, will allow you and the people with whom you communicate to save your conversations in your Yahoo! accounts located on Yahoo! servers. This means you can access and search your message history from any computer with access to the internet. Whether or not you use this feature, other users may choose to use it to save conversations with you in their account on Yahoo! too. Your agreement to this TOS constitutes your consent to allow Yahoo! to store these communications on its servers.

Exhibit D

YAHOO 002511

## 14. MODIFICATIONS TO YAHOO! SERVICES

Yahoo! reserves the right at any time and from time to time to modify or discontinue, temporarily or permanently, the Yahoo! Services (or any part thereof) with or without notice. You agree that Yahoo! shall not be liable to you or to any third party for any modification, suspension or discontinuance of the Yahoo! Services (or any part thereof).

## 15. TERMINATION

You may terminate your Yahoo! account, any associated email address and access to the Yahoo! Services by submitting such termination request to Yahoo!.

You agree that Yahoo! may, *without prior notice*, immediately terminate, limit your access to or suspend your Yahoo! account, any associated email address, and access to the Yahoo! Services. Cause for such termination, limitation of access or suspension shall include, but not be limited to, (a) breaches or violations of the TOS or other incorporated agreements or guidelines, (b)requests by law enforcement or other government agencies, (c) discontinuance or material modification to the Yahoo! Services (or any part thereof), (d) unexpected technical or security issues or problems, (e) extended periods of inactivity, (f) engagement by you in fraudulent or illegal activities, and/or (g) nonpayment of any fees owed by you in connection with the Yahoo! Services. Further, you agree that all terminations, limitations of access and suspensions for cause shall be made in Yahoo!'s sole discretion and that Yahoo! shall not be liable to you or any third party for any termination of your account, any associated email address, or access to the Yahoo! Services.

Termination of your Yahoo! account includes any or all of the following: (a) removal of access to all or part of the offerings within the Yahoo! Services, (b) deletion of your password and all related information, files and content associated with or inside your account (or any part thereof), and (c) barring of further use of all or part of the Yahoo! Services.

## 16. DEALINGS WITH ADVERTISERS

Your correspondence or business dealings with, or participation in promotions of, advertisers found on or through the Yahoo! Services, including payment and delivery of related goods or services, and any other terms, conditions, warranties or representations associated with such dealings, are solely between you and such advertiser. You agree that Yahoo! shall not be responsible or liable for any loss or damage of any sort incurred as the result of any such dealings or as the result of the presence of such advertisers on the Yahoo! Services.

## 17. LINKS

The Yahoo! Services may provide, or third parties may provide, links to other World Wide Web sites or resources. You acknowledge and agree that Yahoo! is not responsible for the availability of such external sites or resources, and does not endorse and is not responsible or liable for any Content, advertising, products or other materials on or available from such sites or resources. You further acknowledge and agree that Yahoo! shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such Content, goods or services available on or through any such site or resource.

## 18. YAHOO!'S PROPRIETARY RIGHTS

You acknowledge and agree that the Yahoo! Services and any necessary software used in connection with the Yahoo! Services ("Software") contain proprietary and confidential information that is protected by applicable intellectual property and other laws. You further acknowledge and agree that Content contained in advertisements or information presented to you through the Yahoo! Services or by advertisers is protected by copyrights, trademarks, service marks, patents or other proprietary rights and laws. Except as expressly permitted by applicable law or as authorized by Yahoo! or the applicable licensor (such as an advertiser), you agree not to modify, rent, lease, loan, sell, distribute, transmit, broadcast, publicly perform or create derivative works based on the Yahoo! Services, such Content or the Software, in whole or in part.

Yahoo! grants you a personal, non-transferable and non-exclusive right and license to use the object code of its Software on a single computer; provided that you do not (and do not allow any third party to) copy, modify, create a derivative work from, reverse engineer, reverse assemble or otherwise attempt to discover any source code, sell, assign, sublicense, grant a security interest in or otherwise transfer any right in the Software. You agree not to modify the Software in any manner or form, nor to use modified versions of the Software, including (without limitation) for the purpose of obtaining unauthorized access to the Yahoo! Services. You agree not to access the Yahoo! Services by any means other than through the interface that is provided by Yahoo! for use in accessing the Yahoo! Services.

## 19. DISCLAIMER OF WARRANTIES

YOU EXPRESSLY UNDERSTAND AND AGREE THAT:

a. YOUR USE OF THE YAHOO! SERVICES AND SOFTWARE ARE AT YOUR SOLE RISK. THE YAHOO! SERVICES AND SOFTWARE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. YAHOO AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS,

Exhibit D     YAHOO 002512

PARTNERS AND LICENSORS EXPRESSLY DISCLAIM ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

b. YAHOO! AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND LICENSORS MAKE NO WARRANTY THAT (i) THE YAHOO! SERVICES OR SOFTWARE WILL MEET YOUR REQUIREMENTS; (ii) THE YAHOO! SERVICES OR SOFTWARE WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE; (iii) THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE YAHOO! SERVICES OR SOFTWARE WILL BE ACCURATE OR RELIABLE; (iv) THE QUALITY OF ANY PRODUCTS, SERVICES, INFORMATION OR OTHER MATERIAL PURCHASED OR OBTAINED BY YOU THROUGH THE YAHOO! SERVICES OR SOFTWARE WILL MEET YOUR EXPECTATIONS; AND (v) ANY ERRORS IN THE SOFTWARE WILL BE CORRECTED.

c. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE YAHOO! SERVICES OR SOFTWARE IS ACCESSED AT YOUR OWN DISCRETION AND RISK, AND YOU WILL BE SOLELY RESPONSIBLE FOR AND HEREBY WAIVE ANY AND ALL CLAIMS AND CAUSES OF ACTION WITH RESPECT TO ANY DAMAGE TO YOUR COMPUTER SYSTEM, INTERNET ACCESS, DOWNLOAD OR DISPLAY DEVICE, OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF ANY SUCH MATERIAL.

d. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM YAHOO! OR THROUGH OR FROM THE YAHOO! SERVICES OR SOFTWARE SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THE TOS.

e. A SMALL PERCENTAGE OF USERS MAY EXPERIENCE EPILEPTIC SEIZURES WHEN EXPOSED TO CERTAIN LIGHT PATTERNS OR BACKGROUNDS ON A COMPUTER SCREEN OR WHILE USING THE YAHOO! SERVICE. CERTAIN CONDITIONS MAY INDUCE PREVIOUSLY UNDETECTED EPILEPTIC SYMPTOMS EVEN IN USERS WHO HAVE NO HISTORY OF PRIOR SEIZURES OR EPILEPSY. IF YOU, OR ANYONE IN YOUR FAMILY, HAVE AN EPILEPTIC CONDITION, CONSULT YOUR PHYSICIAN PRIOR TO USING THE YAHOO! SERVICE. IMMEDIATELY DISCONTINUE USE OF THE YAHOO! SERVICES AND CONSULT YOUR PHYSICIAN IF YOU EXPERIENCE ANY OF THE FOLLOWING SYMPTOMS WHILE USING THE YAHOO! SERVICE: DIZZINESS, ALTERED VISION, EYE OR MUSCLE TWITCHES, LOSS OF AWARENESS, DISORIENTATION, ANY INVOLUNTARY MOVEMENT, OR CONVULSIONS.

## 20. LIMITATION OF LIABILITY

YOU EXPRESSLY UNDERSTAND AND AGREE THAT YAHOO! AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND LICENSORS SHALL NOT BE LIABLE TO YOU FOR ANY PUNITIVE, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES, INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF YAHOO! HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), RESULTING FROM: (a) THE USE OR THE INABILITY TO USE THE YAHOO! SERVICE; (b) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES; (c) UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR TRANSMISSIONS OR DATA; (d) STATEMENTS OR CONDUCT OF ANY THIRD PARTY ON THE YAHOO! SERVICE; OR (e) ANY OTHER MATTER RELATING TO THE YAHOO! SERVICE.

## 21. EXCLUSIONS AND LIMITATIONS

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES OR THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. ACCORDINGLY, SOME OF THE ABOVE LIMITATIONS OF SECTIONS 19 AND 20 MAY NOT APPLY TO YOU.

## 22. SPECIAL ADMONITION FOR YAHOO! SERVICES RELATING TO FINANCIAL MATTERS

If you intend to create or join any service, receive or request any news, messages, alerts or other information from the Yahoo! Services concerning companies, stock quotes, investments or securities, please read the above Sections 19 and 20 again. They go doubly for you. In addition, for this type of information particularly, the phrase "Let the investor beware" is apt. The Yahoo! Services is provided for informational purposes only, and no Content included in the Yahoo! Services is intended for trading or investing purposes. Yahoo! and its licensors shall not be responsible or liable for the accuracy, usefulness or availability of any information transmitted or made available via the Yahoo! Services, and shall not be responsible or liable for any trading or investment decisions based on such information.

## 23. NO THIRD-PARTY BENEFICIARIES

You agree that, except as otherwise expressly provided in this TOS, there shall be no third-party beneficiaries to this agreement.

## 24. NOTICE

Yahoo! may provide you with notices, including those regarding changes to the TOS, including by but not limited to email, regular mail, SMS, MMS, text message, postings on the Yahoo!

Exhibit D

YAHOO 002513

Services, or other reasonable means now known or hereafter developed. Such notices may not be received if you violate this TOS by accessing the Yahoo! Services in an unauthorized manner. Your agreement to this TOS constitutes your agreement that you are deemed to have received any and all notices that would have been delivered had you accessed the Yahoo! Services in an authorized manner.

## 25. TRADEMARK INFORMATION

You agree that all of Yahoo!'s trademarks, trade names, service marks and other Yahoo! logos and brand features, and product and service names are trademarks and the property of Yahoo! Inc. (the "Yahoo! Marks"). Without Yahoo!'s prior permission, you agree not to display or use in any manner the Yahoo! Marks.

## 26. NOTICE AND PROCEDURE FOR MAKING CLAIMS OF COPYRIGHT OR INTELLECTUAL PROPERTY INFRINGEMENT

Yahoo! respects the intellectual property of others, and we ask our users to do the same. Yahoo! may, in appropriate circumstances and at its discretion, disable and/or terminate the accounts of users who may be repeat infringers. If you believe that your work has been copied in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide Yahoo!'s Copyright Agent the following information:

a. an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;

b. a description of the copyrighted work or other intellectual property that you claim has been infringed;

c. a description of where the material that you claim is infringing is located on the site;

d. your address, telephone number, and email address;

e. a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;

f. a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

Yahoo!'s Agent for Notice of claims of copyright or other intellectual property infringement can be reached as follows:

By mail:
Copyright Agent
c/o Yahoo! Inc.
701 First Avenue
Sunnyvale, CA 94089

By phone: (408) 349-5080
By fax: (408) 349-7821

By email: copyright@yahoo-inc.com

## 27. CLOSED CAPTIONING

Yahoo! complies with applicable Federal Communications Commission rules and regulations regarding the closed captioning of video content. Please visit info.yahoo.com/legal/us/yahoo/cc/en-us/ for more information or to register any concerns or complaints regarding video content accessible on the Yahoo! network of properties.

## 28. GENERAL INFORMATION

*Entire Agreement.* The TOS constitutes the entire agreement between you and Yahoo! and governs your use of the Yahoo! Services, superseding any prior version of this TOS between you and Yahoo! with respect to the Yahoo! Services. You also may be subject to additional terms and conditions that may apply when you use or purchase certain other Yahoo! services, affiliate services, third-party content or third-party software.

*Choice of Law and Forum.* You and Yahoo! each agree that the TOS and the relationship between the parties shall be governed by the laws of the State of California without regard to its conflict of law provisions and that any and all claims, causes of action or disputes (regardless of theory) arising out of or relating to the TOS, or the relationship between you and Yahoo!, shall be brought exclusively in the courts located in the county of Santa Clara, California or the U.S. District Court for the Northern District of California. You and Yahoo! agree to submit to the personal jurisdiction of the courts located within the county of Santa Clara, California or the Northern District of California, and agree to waive any and all objections to the exercise of jurisdiction over the parties by such courts and to venue in such courts.

*Waiver and Severability of Terms.* The failure of Yahoo! to exercise or enforce any right or provision of the TOS shall not constitute a waiver of such right or provision. If any provision of

YAHOO 002514

the TOS is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of the TOS remain in full force and effect.

*No Right of Survivorship and Non-Transferability.* You agree that your Yahoo! account is non-transferable and any rights to your Yahoo! ID or contents within your account terminate upon your death. Upon receipt of a copy of a death certificate, your account may be terminated and all contents therein permanently deleted.

*Statute of Limitations.* You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of the Yahoo! Services or the TOS must be filed within one (1) year after such claim or cause of action arose or be forever barred.

The section titles in the TOS are for convenience only and have no legal or contractual effect.

**29. VIOLATIONS**

Please report any violations of the TOS to our Customer Care group.

*Last updated March 16, 2012*

Copyright © 2013 Yahoo! Inc. All Rights Reserved.
Privacy Policy | Terms of Service | Copyright/IP Policy

Exhibit D

YAHOO 002515

Exhibit E

**YAHOO!** MAIL



## Switch to the new Yahoo! Mail.

All of your emails, contacts, folders and attachments will be waiting for you. Select your preferred experience now.

- **Full featured** (recommended)
  View photo slideshows, drag and drop attachments, personalize your theme, and more.

○ Basic

**Switch now**

By clicking the button below, I certify that I have read and agree to the Communications Terms of Service and Yahoo Privacy Policy. In other product features, Yahoo's automated systems scan and analyze all communications content. Your current version of Yahoo! Mail, to which you're subscribed as your mail switch to the new Yahoo! Mail or review Yahoo! Mail Help for other options.

There is no commercial advertisement and all your communications may be machine-scanned and analyzed. Communications content, click here.

Remind me later

©Yahoo!, Inc. All Rights Reserved

Exhibit F



Exhibit F

YAHOO 002506

# CERTIFICATE OF SERVICE

I hereby certify that on <u>May 8, 2015</u>, I caused to be filed electronically document(s) described as: **DECLARATION OF JOHN ANDREWS IN SUPPORT OF YAHOO! INC.'S OPPOSITION TO PLAINTIFF SUSAN PATHMAN'S MOTION FOR CLASS CERTIFICATION** with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Kazerouni Law Group, APC
Abbas Kazerounian, Esq.
Jason A. Ibey, Esq.
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Tel: 800-400-6808; Fax: 800-520-5523
ak@kazlg.com; jason@kazlg.com
*Counsel for Plaintiff Susan Pathman*

Hyde & Swigart
Joshua B. Swigart, Esq.
Robert L. Hyde, Esq.
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Tel: 619-233-7770; Fax: 619-297-1022
josh@westcoastlitigation.com; bob@westcoastlitigation.com
*Counsel for Plaintiff Susan Pathman*

Vincent L. DiTommaso, Esq.
DiTommaso Lubin, P.C.
17W220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
Tel: 630-333-0000
vdt@DiTommasolaw.com
*Counsel for Plaintiff Susan Pathman*

By:   _/s/  Ian C. Ballon_____
Ian C. Ballon
Email: Ballon@gtlaw.com