1  GREENBERG TRAURIG, LLP
   IAN C. BALLON (SBN 141819)
2  Ballon@gtlaw.com
   LORI CHANG (SBN 228142)
3  ChangL@gtlaw.com
   NINA D. BOYAJIAN (SBN 246415)
4  BoyajianN@gtlaw.com
   JUSTIN A. BARTON (SBN 288194)
5  BartonJu@gtlaw.com
   1840 Century Park East, Suite 1900
6  Los Angeles, CA 90067-2121
   Tel: 310-586-7700; Fax: 310-586-7800
7
8  Attorneys for defendant Yahoo! Inc.
9
10              **UNITED STATES DISTRICT COURT**
11            **SOUTHERN DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| 13  RAFAEL DAVID SHERMAN and SUSAN PATHMAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 13-CV-0041-GPC (WVG) |
| | **[REDACTED] DECLARATION OF AMIR DORON IN SUPPORT OF YAHOO! INC.'S OPPOSITION TO PLAINTIFF SUSAN PATHMAN'S MOTION FOR CLASS CERTIFICATION** |
| Plaintiffs, | |
| vs. | *Filed Concurrently with Opposition Brief, Andrews Declaration, Boyajian Declaration, Aron Expert Report, Boyd Expert Report, Request for Judicial Notice* |
| YAHOO! INC., a Delaware Corporation, | |
| Defendant. | Date:        June 12, 2015<br>Time:        1:30 p.m.<br>Location:   Courtroom 2D |
| | Judge:       Hon. Gonzalo P. Curiel<br>Complaint Filed:   January 8, 2013 |

# DECLARATION OF AMIR DORON

I, Amir Doron declare and state:

1.     From 2004 through October 2014 I was a software engineering manager at Yahoo! Inc. ("Yahoo"), the defendant in this action, and have been retained as a consultant in connection with Yahoo's defense of this litigation. I am over eighteen years of age and am fully competent to make this declaration. I have personal knowledge of the matters stated below or have knowledge based on documents or records maintained by Yahoo in the ordinary course of business, or as otherwise stated, and if called as a witness, I could and would competently testify regarding such matters.

**Background Information About The PC2SMS Platform**

2.     Yahoo is an internet company that is widely known for its free consumer services, including Yahoo Mail, Yahoo Search, and related internet communications services including Yahoo Messenger, an instant messaging client that allows registered Yahoo users to send online instant messages to others. Yahoo Messenger is provided free of charge and can be downloaded and installed prior to registering for a Yahoo ID, and may subsequently be used once the user registers for an ID with Yahoo.

3.     In connection with Yahoo Messenger, Yahoo offers a feature referred to as PC2SMS that allows registered Yahoo users to send an instant message to a friend or acquaintance's mobile device from the Yahoo Messenger client through the PC2SMS platform. When a Yahoo user sends a message using the PC2SMS platform, the message is converted from HTTP format into an SMS message so that it can be delivered to the recipient's mobile device. The recipient can then reply from his or her mobile device, and the Yahoo user who sent the message will receive the reply as an instant message.

4.     While I worked at Yahoo, I was responsible for the code base for PC2SMS that controls the system, and made any necessary changes to the PC2SMS code.

5.     The PC2SMS Service is not designed to be used as a mobile marketing platform. It cannot be used to send messages in bulk and can only be used to send a

single message to a single person, one at a time, and is not capable of sending group text messages.

6.     The PC2SMS platform transmits messages using short code technology. When a message is received, the sender initially appears as a series of numbers. For example, the Welcome Message sent to Pathman shows the shortcode "1111440600" rather than the Yahoo user's Yahoo ID. *See* Kazerounian Decl. [Dkt. 122-1], Ex. H.

7.     To send a message using the PC2SMS platform, a Yahoo user must enter the recipient's telephone number into the Yahoo Messenger application or select the number from his or her buddy list. The user must then compose a personalized message and press "enter." Once the user presses enter, the PC2SMS platform determines that the intended recipient is a mobile number and confirms the intended recipient's carrier using a service called "Net Number." Yahoo has contracts with only some mobile carriers. The platform then checks a database called the "Optin DB" to determine whether the intended recipient has been sent a message via PC2SMS before.

8.     The Optin DB was created solely for the purpose of preventing potential recipients from receiving multiple copies of the Welcome Message within a one-year period. It was not created for any other reason and operates independently of Yahoo's other databases, including the User Database ("UDB") described below. The UDB was designed to store information provided by Yahoo users, regardless of the accuracy or completeness of the user-provided information. Users are identified in the UDB by unique Yahoo ID, which may or may not reflect a user's identity (e.g., plaintiff Pathman's first Yahoo ID ███████ or former named plaintiff Sherman's Yahoo ID ███████), and the UDB entry for a user will then additionally store whatever information those users voluntarily choose to share with Yahoo, which may or may not include a cell phone number.

9.     When a Yahoo user sends a PC2SMS message to a cell phone number for the first time, an informational Welcome Message is appended to the user's message that explains that a Yahoo user has sent him or her a message using Yahoo's platform and,

during the relevant time period, provided a link to information explaining how to opt out from receiving future PC2SMS messages. Character limits in SMS technology prevent Yahoo from embedding this information in the Yahoo user's personalized message so the personalized message and Welcome Message are transmitted virtually simultaneously as two messages. A telephone number may be sent an additional Welcome Message if a Yahoo user sends a message to that number via PC2SMS after a certain period of time expires to address mobile telephone number portability by which the subscriber of a particular mobile telephone number may change over time.

10.    A Welcome Message is only sent as appended to a personalized message from a Yahoo user—it cannot be sent independently.

11.    PC2SMS messages are then transmitted by the PC2SMS platform to "Athena," the Yahoo platform that converts messages to SMS format and transmits those SMS messages to mobile carriers (e.g. AT&T, Verizon, T-Mobile). Once a message is transmitted to a carrier, Yahoo has no way to determine whether the transmission was completed or whether the intended recipient actually received the message.

**Yahoo's Inability To Feasibly Identify Class Members**

12.    A phone number that has been sent a Welcome Message is stored in the Optin DB, which is a portion of the PC2SMS platform. The Optin DB stores the following information about each notification message sent via PC2SMS: (1) recipient's telephone number; (2) cellular carrier; (3) date and time; (4) the opt-in status of the recipient's telephone number; (5) the number of PC2SMS messages that have been sent by Yahoo users to the recipient's telephone number since the recipient last responded (if at all); and (6) the date and time of the last PC2SMS message sent to that telephone number. *See* Kazerounian Decl., Ex. J. The Optin DB is the only place Yahoo stores information about who has been sent a notification message.

13.    It is not possible to use the Optin DB to look up or identify whether a telephone number stored in the Optin DB is associated with a Yahoo account, nor does the Optin DB communicate with any other Yahoo database in which information about

Yahoo users is stored. This is due to the fact that the service was not intended as mobile marketing platform and was not intended as a means for Yahoo to collect contact information to market its own services.

14.     Yahoo does not store information about whether a text message attempted through the PC2SMS platform was successfully transmitted or received. Yahoo does not store information about the sender of PC2SMS messages or the content of a PC2SMS message.

15.     Yahoo has identified approximately ███████ telephone numbers in the Optin DB that may have been sent a notification message during the month of May 2013. This figure is not publicly available and could cause competitive injury to Yahoo if disclosed publicly because it involves sensitive information about Yahoo's business operations, consumer base, and user data.

16.     Separate and apart from the PC2SMS platform, Yahoo maintains the UDB, where it stores user information for all of Yahoo's approximately ███████ user accounts including the user's personal contact information (to the extent it is provided by the user) and information about his or her use of Yahoo products and services. This figure is not publicly available and could cause competitive injury to Yahoo if disclosed publicly because it involves sensitive information about Yahoo's business operations, consumer base, and user data.

17.     The data in the UDB goes back as far as 1995, when Yahoo first began compiling user IDs.

18.     The information associated with each Yahoo ID can vary considerably. Not every account in the UDB will include a telephone number because Yahoo only began requiring new users to associate a telephone number (mobile or landline) with their account in September 2013. Before that time, very few Yahoo users provided their mobile phone numbers to Yahoo. Existing users are not required to update their accounts to include a telephone number. When a Yahoo user inputs a telephone number in connection with his or her account using a mobile device, Yahoo verifies that the

telephone number is accurate. When a number is inputted using a desktop device, ▉▉ ▉▉▉▉▉▉▉▉▉ of telephone numbers are verified. At no time have Yahoo users been required to provide a full name, address, or other contact information. Even if a user inputs an address or additional telephone number, Yahoo does not verify that the information is accurate. In certain cases, Yahoo may have only a Yahoo email address through which to contact a Yahoo user.

19.   Yahoo does not verify on an ongoing basis whether the information provided by the user in the UDB is current or accurate. Accordingly, even where a user provided his or her cell phone number in the UDB, if that user changed his or her number the following day, Yahoo would not have knowledge of that change unless and until the user made the change.

20.   Access to the UDB is tightly controlled and available to very few Yahoo employees. For those who are permitted to access the UDB, it is searchable by Yahoo ID or user name only. A Yahoo employee cannot enter a telephone number or first and last name into the UDB's application program interface to determine whether one or more Yahoo users has provided that information in connection with his or her Yahoo account.

21.   In response to a request in this litigation, Yahoo attempted to compare the Optin DB and the UDB to determine which notification messages might have been sent to Yahoo users (as opposed to non-Yahoo users). To perform this search, Yahoo downloaded all of the information about the ▉▉▉▉▉ Yahoo accounts from the UDB and the ▉▉▉▉▉ telephone numbers in the Optin DB that were sent a Welcome Message in May 2013. Yahoo then wrote a custom script to search the UDB information to identify any Yahoo ID that included one of the telephone numbers from the Optin DB as part of the information associated with that account. Through this comparison, Yahoo identified approximately ▉▉▉▉▉ Yahoo IDs. Yahoo has no way of determining whether Yahoo users mistyped their phone number in connection with a Yahoo account. Yahoo has no way of determining whether the Yahoo users identified by this search still had the telephone number associated with their account in May 2013.

22.     Approximately ▇ of the Yahoo IDs identified in this comparison contain a telephone number in their UDB profile that is associated with no other Yahoo ID. The remaining ▇ of Yahoo IDs identified contain a mobile telephone number in their UDB profile that is contained in the UDB profiles of at least two Yahoo IDs. In at least ten instances, a single telephone number in the Optin DB is associated with more than ▇ Yahoo IDs, including two numbers that are each associated with over ▇ Yahoo IDs.

23.     Yahoo also has no way of identifying Yahoo users who may have been sent a Welcome Message during May 2013, but who did not input their telephone number in connection with his or her account. Even if Yahoo were able to obtain the full names of all cell phone account holders of the numbers in the Optin DB, Yahoo could not feasibly identify which of those individuals possessed Yahoo accounts. Yahoo's UDB may contain partial, or incorrect information about a user's real name, for example, one account associated with plaintiff Susan Pathman only includes the name ▇ and would most likely not be connected to a mobile telephone ownership record.

**Analysis Of A Yahoo Users' Consent Requires Analysis Of Approximately 200 "Consent Profiles"**

24.     There are multiple factors relevant to determining whether a user provided his or her consent to receive a text message via the PC2SMS platform. The factors are: (1) when a Yahoo user registered his or her account ("Registration"); (2) when (if at all) a user agreed to the Yahoo Communications Additional Terms of Service ("Comms ATOS") and reaffirmed his or her agreement to the Yahoo Universal Terms of Service ("uTOS") in connection with Yahoo's transition to the new platform for Yahoo Mail internally referred to as "Minty" ("Consent to Minty TOS"); (3) when the Yahoo user provided his or her telephone number to Yahoo in connection with his or her account (if at all) ("Timing of Phone Number Provided to Yahoo"); (4) whether the Yahoo user whose personalized message caused a Welcome Message to be sent had permission from the recipient to send him or her a message via the PC2SMS Platform ("Intermediary Consent"); (5) whether the Yahoo user installed an application (e.g., Yahoo Messenger)

through which to use Yahoo services ("Application Installation") and; (6) when a Yahoo user registered an additional Yahoo account (if at all) ("Additional Account").

25.     Yahoo can identify only the following factors through the cross-referencing of the Optin DB and UDB created for this litigation: (1) Registration Group; (2) Timing of Consent to Minty TOS (if at all); and (3) Timing of Phone Number Provided to Yahoo (if at all).

26.     Yahoo cannot determine information about the following factors without an individualized inquiry that would likely require Yahoo to directly inquire about this information from the Yahoo user, including potentially examining the user's cell phone and other devices: (1) Intermediary Consent; (2) Application Installation; and (3) Timing of Additional Account (if any). Attached hereto as exhibit G are diagrams illustrating the analyses required for each of these three factors.

27.     Based on the versions of the Yahoo terms of service in place over time, Yahoo users can be divided into four groups based on when they registered for their account ("Registration Group"). Those four Registration Groups are: (1) registration on or before August 9, 2007 ("Pre August 2007 Registration); (2) registration beginning on or around August 10, 2007, until late 2010 ("August 2007 to Late 2010 Registration"); (3) registration beginning in late 2010 until May 2013 ("Late 2010 to May 2013 Registration"); and (4) registration after May 2013 ("Post-Welcome Message Registration").

28.     For Yahoo users in the Pre August 2007 Registration Group, the manner in which a Yahoo user provided consent to be sent a Welcome Message depends on the following factors (as defined above): (1) Timing of Consent to Minty TOS (if at all); (2) Timing of Phone Number Provided to Yahoo (if at all); (3) Intermediary Consent (if at all); (4) Application Installation (if at all); and (5) Timing of Additional Account (if any). Each of these factors is independent. In other words, whether one factor is true has no impact on whether any other factor is also true. Based on these factors, there are approximately 96 possible permutations through which a Yahoo user in the Pre August

2007 Registration Group could have provided consent to receive the Welcome Message. Pages 1 to 7 of the diagram attached hereto as exhibit H provide a visual depiction of these 96 permutations or consent profiles.

29.     For Yahoo users in the August 2007 to Late 2010 Registration Group, the manner in which a Yahoo user provided consent to be sent a Welcome Message depends on the following factors: (1) Timing of Consent to Minty TOS (if at all); (2) Timing of Phone Number Provided to Yahoo (if at all); (3) Intermediary Consent (if at all); (4) Application Installation (if at all); and (5) Timing of Additional Account (if at all). Each of these factors is independent. Based on these factors, there are approximately 72 possible permutations through which a Yahoo user in the August 2007 to Late 2010 Registration Group could have provided consent to receive the Welcome Message. Pages 8 to 14 of the diagram attached hereto as exhibit H provide a visual depiction of these 72 permutations or consent profiles.

30.     For Yahoo users in the Late 2010 to May 2013 Registration Group, the manner in which a Yahoo user provided consent to be sent a Welcome Message depends on the following factors: (1) Timing of Phone Number Provided to Yahoo (if at all); (2) Intermediary Consent (if at all); and (3) Application Installation (if at all). Each of these factors is independent. Based on these factors, there are approximately 8 possible permutations through which a Yahoo user in the Late 2010 to May 2013 Registration Group could have provided consent to receive the Welcome Message. Page 15 of the diagram attached hereto as exhibit H is a visual depiction of these eight permutations or consent profiles.

31.     For Yahoo users in the Post-Welcome Message Registration Group, the manner in which a Yahoo user provided consent to be sent a Welcome Message depends on the following factors: (1) Intermediary Consent (if at all); (2) Application Installation (if at all); and (3) Timing of Additional Account (if any). Each of these factors is independent. Based on these factors, there are approximately 24 possible permutations through which a Yahoo user in the Post-Welcome Message Registration Group could

have provided consent to receive the Welcome Message. Page 16 of the diagram attached hereto as exhibit H is a visual depiction of these 24 permutations or consent profiles. At least 69% of the Yahoo account-holders Pathman contends make up the class fall into the Post-Welcome Message Registration Group.

32.     Each of the permutations in the diagrams in exhibit H has been numbered.

**Each Named Plaintiff Presents A Different Factual Scenario**

33.     I reviewed the records maintained by Yahoo in the ordinary course of business for Susan Pathman, Rafael Sherman, and Zenaida Calderin.

***Susan Pathman***

34.     Pathman was sent the Welcome Message on May 1, 2013.

35.     Pathman is an active Yahoo user. Pathman's account ███████ was identified in Yahoo's comparison of the Optin DB and UDB discussed in paragraph 21 above. Attached hereto as exhibit J is a printout of the UDB information that identifies ███████. The registration date and time identify that ███████ was created in October 2000, placing her in the Pre August 2007 Registration Group. This printout also identifies that Pathman agreed to the Comms ATOS and reaffirmed her assent to the uTOS in October 2012, placing her in the "Pre-Welcome Message" group of the Timing of Minty Consent factor. This printout also identifies that Pathman inputted her cellular telephone number ███████ in connection with the ███████ Yahoo account in November 2013, placing Pathman in the "Post-Welcome Message" group of the Timing of Number Provided to Yahoo factor.

36.     I am informed that through discovery in this lawsuit, Pathman testified that she did not provide the Yahoo user ███████ permission to send her a message via the PC2SMS platform. *See* Ex. K (Pathman Dep. at 140:14-141:5). This would place Pathman in the "No" group of the Intermediary Consent factor. I am also informed that in this lawsuit, Pathman testified that she has downloaded and installed a Yahoo mobile application through which she accesses Yahoo Mail. *Id.* at 121:5-18. That would place Pathman in the "Yes" group of the Application Installation factor. I am further informed

that through discovery in this lawsuit, Yahoo has learned that Pathman created an additional account with the Yahoo ID ▮▮▮ in March 2013. This would place Pathman in the "2010 to May 2013" group of the Timing of Additional Account factor.

37.   Based on this information, Pathman corresponds to permutation 27 of exhibit H.

38.   Pathman's telephone number, ▮▮▮▮▮▮▮▮, was associated with two Yahoo accounts in the cross reference discussed in paragraph 21 above – ▮▮▮▮▮▮ and ▮▮▮▮▮▮. Yahoo was able to determine that this telephone number belonged to Pathman only because of discovery obtained in this lawsuit. Without personalized inquiry, Yahoo would have had no way to determine which user a phone number listed in connection with two accounts actually belongs to.

### Rafael David Sherman

39.   Former named plaintiff Rafael David Sherman was sent the Welcome Message on January 7, 2013.

40.   Sherman is a Yahoo user who registered the Yahoo ID ▮▮▮▮▮ on July 4, 2004. *See* Ex. O (Sherman Dep. 60:15-62:1; 62:16-63:9).

41.   Sherman agreed to the Comms ATOS and reaffirmed his assent to the uTOS on May 24, 2011. Sherman added his cell phone number ▮▮▮▮▮▮ on May 24, 2011. *See* Ex. S (Doron Dep. 137:19-22).

42.   Sherman likely provided Intermediary Consent to receive the Welcome Message because Yahoo learned during discovery that a friend of Sherman's wife caused the Welcome Message to be sent to Sherman. *See* Ex. O (Sherman Dep. 107:1-7). Yahoo also learned that Sherman created additional Yahoo accounts and believes he created his other Yahoo account(s) five to ten years ago. (*Id.* at 54:12-55:11). Yahoo does not know whether Sherman installed an application through which to access his Yahoo services.

43.   Based on the information Yahoo obtained in this litigation, Sherman would correspond to permutations 2, 3, 6, or 7 of exhibit H depending on when Sherman registered his additional account and whether he installed a Yahoo application.

1

***Zenaida Calderin***

2

    44.    Calderin is a named plaintiff in the parallel action pending in the Northern

3

District of Illinois, which has been consolidated with another action. *Johnson v. Yahoo!*

4

*Inc.*, Case No. 14-cv-2028 (N.D. Ill.).

5

    45.    Plaintiff Calderin alleges that she was sent the Welcome Message on April

6

7, 2014.

7

    46.    Calderin is a Yahoo user who registered the Yahoo ID ███████ on May

8

8, 2006. Calderin agreed to the Comms ATOS and reaffirmed her assent to the uTOS on

9

March 18, 2012. Calderin added her cell phone number ████████ to her Yahoo

10

account on January 7, 2010. Ex. S (Doron Dep. 205:22-206:12).

11

    47.    Calderin likely provided Intermediary Consent to receive the Welcome

12

Message because Yahoo learned during discovery that a friend of Calderin's with whom

13

she communicated regularly by SMS message caused the Welcome Message to be sent to

14

Calderin. *See* Ex. R (Calderin Dep. 19:16-22; 38:8-22). Yahoo does not know whether

15

Calderin has any other Yahoo accounts or whether she installed an application through

16

which to access Yahoo services.

17

    48.    Based on this information about Calderin, she would correspond to

18

permutations 1 to 8 of exhibit H.

19

***Rachel Johnson***

20

    49.    Johnson is a named plaintiff in the parallel action pending in the Northern

21

District of Illinois, which has been consolidated with another action. *Johnson v. Yahoo!*

22

*Inc.*, Case No. 14-cv-2028 (N.D. Ill.).

23

    50.    Plaintiff Johnson alleges that she was sent the Welcome Message on March

24

19, 2013.

25

    51.    Yahoo is not aware of a Yahoo account registered to Johnson and Johnson

26

testified that she did not provide Intermediary Consent.

27

28

52.     As set forth above, the facts surrounding the various consent profiles of the four named plaintiff could not have been determined by examining Yahoo's records, but rather, were only fully revealed through individual discovery, including depositions.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this _8th_ Day of May, 2015 at _Washington_____, _DC_____.

_____
Amir Doron

Exhibit G



Exhibit G



ADDITIONAL ACCOUNT?
If YES
When was the additional account registered?
If NO
Registration between Aug. 2007 and Welcome Message?
If NO
Assent to Minty TOS (uTOS and Comms ATOS) before Welcome Message?
If NO
Provided a mobile telephone number to Yahoo before the Welcome Message?
If NO
FURTHER INDIVIDUALIZED INQUIRY REQUIRED
Third Party Consent? (See p. 1)
Application Installed to Access Yahoo Services? (See p. 3)
If YES
If YES
If YES
Aug. 2007 to May 2013?
Pre-Aug. 2007?
Assent to Minty TOS before Welcome Message?
If YES
CONSENT
If NO
FURTHER INDIVIDUALIZED INQUIRY REQUIRED



APPLICATION INSTALLED?
If YES
When was the application installed?
Aug. 2007 to May 2013?
Pre-Aug. 2007?
Update installed Aug. 2007 to May 2013?
If YES
If NO
If NO
Registration between Aug. 2007 and Welcome Message?
If YES
If NO
Assent to Minty TOS (uTOS and Comms ATOS) before Welcome Message?
If YES
If NO
Provided a mobile telephone number to Yahoo before the Welcome Message?
If YES
CONSENT
If NO
FURTHER INDIVIDUALIZED INQUIRY REQUIRED
FURTHER INDIVIDUALIZED INQUIRY REQUIRED
Third Party Consent? (See p. 1)
Additional Account Registered Before Welcome Message? (See p. 2)

Exhibit G

Exhibit H

# Pre August 2007 Registration



| Timing of Consent to "Minty" TOS? | Pre-Welcome Message | | Post-Welcome Message | | None | |
|---|---|---|---|---|---|---|
| **Timing of Phone Number Provided to Yahoo?** | Pre-Welcome Message (Permutations 1-16) (See p. 2) | Post-Welcome Message (Permutations 17-32) (See p. 3) | Pre-Welcome Message (Permutations 33-48) (See p. 4) | Post-Welcome Message (Permutations 49-64) (See p.5) | Pre-Welcome Message (Permutations 65-80) (See p. 6) | Post-Welcome Message (Permutations 81-96) (See p. 7) |
| **3rd Party Consent?** | **3rd Party Consent** 1.Yes 2. No UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY | **3rd Party Consent** 1.Yes 2. No UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY | **3rd Party Consent** 1.Yes 2. No UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY | **3rd Party Consent** 1.Yes 2. No UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY | **3rd Party Consent** 1.Yes 2. No UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY | **3rd Party Consent** 1.Yes 2. No UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY |
| **Application Installed?** | **Application Installed** 1. Yes 2. No UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY | **Application Installed** 1. Yes 2. No UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY | **Application Installed** 1. Yes 2. No UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY | **Application Installed** 1. Yes 2. No UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY | **Application Installed** 1. Yes 2. No UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY | **Application Installed** 1. Yes 2. No UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY |
| **Timing of Additional Account?** | **Additional Account** 1. None 2. Aug. 2007 to 2010 3. 2010 to May 2013 4. Post-Welcome Message UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY | **Additional Account** 1. None 2. Aug. 2007 to 2010 3. 2010 to May 2013 4. Post-Welcome Message UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY | **Additional Account** 1. None 2. Aug. 2007 to 2010 3. 2010 to May 2013 4. Post-Welcome Message UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY | **Additional Account** 1. None 2. Aug. 2007 to 2010 3. 2010 to May 2013 4. Post-Welcome Message UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY | **Additional Account** 1. None 2. Aug. 2007 to 2010 3. 2010 to May 2013 4. Post-Welcome Message UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY | **Additional Account** 1. None 2. Aug. 2007 to 2010 3. 2010 to May 2013 4. Post-Welcome Message UNKNOWN WITHOUT INDIVIDUALIZED INQUIRY |

**96 PERMUTATIONS**
*See* Detailed 1-6 (pp. 2-7)

1

Exhibit H

# Pre August 2007 Registration – Detailed (1 of 6)



Exhibit H

# Pre August 2007 Registration – Detailed (2 of 6)



Exhibit H

# Pre August 2007 Registration – Detailed (3 of 6)



4

Exhibit H

# Pre August 2007 Registration – Detailed (4 of 6)



Exhibit H

# Pre August 2007 Registration – Detailed (5 of 6)



6

Exhibit H

# Pre August 2007 Registration – Detailed (6 of 6)



7

Exhibit H

# August 2007 to Late 2010 Registration



**72 PERMUTATIONS**
*See* Detailed 1-6 (pp. 9-14)

8

Exhibit H

# Aug. 2007 to Late 2010 Registration – Detailed (1 of 6)



Exhibit H

9

# Aug. 2007 to Late 2010 Registration – Detailed (2 of 6)



10

Exhibit H

# Aug. 2007 to Late 2010 Registration – Detailed (3 of 6)



Exhibit H

# Aug. 2007 to Late 2010 Registration – Detailed (4 of 6)



Exhibit H

# Aug. 2007 to Late 2010 Registration – Detailed (5 of 6)



Exhibit H

# Aug. 2007 to Late 2010 Registration – Detailed (6 of 6)



14

Exhibit H

# Late 2010 to May 2013 Registration



8 PERMUTATIONS

15

Exhibit H

# Post-Welcome Message Registration



24 PERMUTATIONS

16

Exhibit H

# INTENTIONALLY OMITTED

Exhibit I

# LODGED - TO BE FILED UNDER SEAL

Exhibit J

**PROOF OF SERVICE**

I hereby certify that on <u>May 8, 2015</u>, I caused to be filed electronically document(s) described as: **[REDACTED] DECLARATION OF AMIR DORON IN SUPPORT OF YAHOO! INC.'S OPPOSITION TO PLAINTIFF SUSAN PATHMAN'S MOTION FOR CLASS CERTIFICATION** with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Kazerouni Law Group, APC
Abbas Kazerounian, Esq.
Jason A. Ibey, Esq.
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Tel: 800-400-6808; Fax: 800-520-5523
ak@kazlg.com; jason@kazlg.com
*Counsel for Plaintiff Susan Pathman*

Hyde & Swigart
Joshua B. Swigart, Esq.
Robert L. Hyde, Esq.
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Tel: 619-233-7770; Fax: 619-297-1022
josh@westcoastlitigation.com; bob@westcoastlitigation.com
*Counsel for Plaintiff Susan Pathman*

Vincent L. DiTommaso, Esq.
DiTommaso Lubin, P.C.
17W220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
Tel: 630-333-0000
vdt@DiTommasolaw.com
*Counsel for Plaintiff Susan Pathman*

By:   <u>/s/  Ian C. Ballon</u>
      Ian C. Ballon
Email: Ballon@gtlaw.com

1