GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
Ballon@gtlaw.com
LORI CHANG (SBN 228142)
ChangL@gtlaw.com
NINA D. BOYAJIAN (SBN 246415)
BoyajianN@gtlaw.com
JUSTIN A. BARTON (SBN 288194)
BartonJu@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700; Fax: 310-586-7800

Attorneys for defendant Yahoo! Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL DAVID SHERMAN and SUSAN PATHMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YAHOO! INC., a Delaware Corporation,<br><br>Defendant. | Case No. 13-CV-0041-GPC (WVG)<br><br>**DECLARATION OF NINA D. BOYAJIAN IN SUPPORT OF DEFENDANT YAHOO! INC.'S OPPOSITION TO PLAINTIFF SUSAN PATHMAN'S MOTION FOR CLASS CERTIFICATION**<br><br>*Filed Concurrently with Opposition Brief, Andrews Declaration, Doron Declaration, Aron Expert Report, Boyd Expert Report, and Request for Judicial Notice*<br><br>Date:      June 12, 2015<br>Time:      1:30 p.m.<br>Location:  Courtroom 2D<br><br>Judge:     Hon. Gonzalo P. Curiel<br>Complaint Filed:  January 8, 2013 |

# DECLARATION OF NINA D. BOYAJIAN

I, Nina D. Boyajian, declare and state:

1. I am a shareholder with the law firm of Greenberg Traurig, LLP, counsel of record for defendant Yahoo! Inc. ("Yahoo"). I am licensed to practice law in the State of California and before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently with respect thereto. I submit this Declaration in support of Yahoo's Opposition to Plaintiff Susan Pathman's Motion for Class Certification.

2. On February 7, 2015 and February 28, 2015, Yahoo deposed plaintiff Susan Pathman ("Pathman"). Attached hereto as exhibit K are true and correct copies of the relevant excerpts from Pathman's deposition transcript.

3. Attached hereto as exhibit L is a true and correct copy of exhibit 22 to Pathman's deposition.

4. Attached hereto as exhibit M are true and correct copies of exhibits 7-12 to Pathman's deposition.

5. Attached hereto as exhibit N is a true and correct copy of exhibit 56 to Pathman's deposition.

6. On February 26, 2015, Yahoo deposed former named plaintiff Rafael Sherman. Attached hereto as exhibit O are true and correct copies of the relevant excerpts from Sherman's deposition transcript.

7. Attached hereto as exhibit P are true and correct copies of exhibits 27 and 29 to Sherman's deposition.

8. On April 1, 2015, Yahoo deposed Rachel Johnson, a named plaintiff in the parallel Illinois action (*Johnson v. Yahoo! Inc.*, Case No. 14-cv-2028 (N.D. Ill.)). Attached hereto as exhibit Q are true and correct copies of the relevant excerpts from Johnson's deposition transcript.

9. On December 17, 2014, Yahoo deposed Zenaida Calderin, a named plaintiff in the parallel Illinois action (*Johnson v. Yahoo! Inc.*, Case No. 14-cv-2028 (N.D. Ill.)).

Attached hereto as exhibit R are true and correct copies of the relevant excerpts from Calderin's deposition transcript.

10. On February 27 and 28, 2015, plaintiff Pathman and plaintiffs in the parallel Illinois action (*Johnson v. Yahoo! Inc.*, Case No. 14-cv-2028 (N.D. Ill.)) together deposed Amir Doron, who had been designated as one of Yahoo's 30(b)(6) witnesses. Attached hereto as exhibit S are true and correct copies of the relevant excerpts from Doron's deposition transcript.

11. Attached hereto as exhibit T is a true and correct copy of Docket Entry No. 288 from *Birchmeier v. Caribbean Cruise Line, Inc.*, No. 12 C 4069, that was downloaded from PACER.

12. Attached hereto as exhibit U is a true and correct copy of the unpublished ruling in *Tataryn v. Barnett,* No. 08FL00527 (Cal. Super. Ct. June 9, 2014).

13. In this litigation, Yahoo learned that Pathman's telephone number is associated with more than one Yahoo ID, and learned that the other Yahoo user's telephone number is only one number different from Pathman's. Exhibits 1-5 to Yahoo's concurrently filed Request for Judicial Notice are public records indicating that the telephone number of the other Yahoo user is only one number different from Pathman's number.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 8th day of May, 2015 at Los Angeles, California.

Nina D. Boyajian