GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
Ballon@gtlaw.com
LORI CHANG (SBN 228142)
ChangL@gtlaw.com
NINA D. BOYAJIAN (SBN 246415)
BoyajianN@gtlaw.com
JUSTIN A. BARTON (SBN 288194)
BartonJu@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700; Fax: 310-586-7800

Attorneys for defendant Yahoo! Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL DAVID SHERMAN and SUSAN PATHMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YAHOO! INC., a Delaware Corporation,<br><br>Defendant. | Case No. 13-CV-0041-GPC (WVG)<br><br>**DEFENDANT YAHOO! INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>*[Filed Concurrently with Memorandum of Points and Authorities in Support of Motion; Separate Statement of Undisputed Material Facts; Declaration of Nina D. Boyajian; and Order]*<br><br>Date: July 24, 2015<br>Time: 1:30 p.m.<br>Location: Courtroom 2D<br><br>Judge: Hon. Gonzalo P. Curiel<br>Complaint Filed: January 8, 2013 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** on July 24, 2015, at 1:30 p.m., before the United States District Court, Southern District of California, Courtroom 2D, 221 West Broadway, San Diego, CA 92101 defendant Yahoo! Inc. ("Yahoo") will and hereby does move for summary judgment on the basis that there is no dispute that Yahoo did not, as a matter of law, violate the Telephone Consumer Protection Act, 47 U.S.C. § 227, because, pursuant to this Court's interpretation of an "automatic telephone dialing system" ("ATDS"), as set forth in *Sherman v. Yahoo! Inc.*, 997 F. Supp. 2d 1129, 1135 (S.D. Cal. 2014), Yahoo's PC2SMS Service is not an ATDS because it requires human intervention to send messages, including the single informational text message at issue in this case.

      This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Separate Statement of Undisputed Material Facts, Declaration of Nina D. Boyajian, and any arguments and evidence of counsel that may be presented at the hearing on this matter.

Dated:  May 19, 2015

GREENBERG TRAURIG, LLP
IAN C. BALLON
LORI CHANG
NINA D. BOYAJIAN
JUSTIN A. BARTON

By: __/s/ Ian C. Ballon__
      Ian C. Ballon
Attorneys for defendant Yahoo! Inc.
Email: Ballon@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on <u>May 19, 2015</u>, I caused to be filed electronically document(s) described as: **DEFENDANT YAHOO! INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Kazerouni Law Group, APC
Abbas Kazerounian, Esq.
Jason A. Ibey, Esq.
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Tel: 800-400-6808; Fax: 800-520-5523
ak@kazlg.com; jason@kazlg.com
*Counsel for Plaintiff Susan Pathman*

Hyde & Swigart
Joshua B. Swigart, Esq.
Robert L. Hyde, Esq.
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Tel: 619-233-7770; Fax: 619-297-1022
josh@westcoastlitigation.com; bob@westcoastlitigation.com
*Counsel for Plaintiff Susan Pathman*

Vincent L. DiTommaso, Esq.
DiTommaso Lubin, P.C.
17W220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
Tel: 630-333-0000
vdt@DiTommasolaw.com
*Counsel for Plaintiff Susan Pathman*

By:   /s/ Ian C. Ballon
     Ian C. Ballon
    Email: Ballon@gtlaw.com