**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Susan Pathman

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RAFAEL DAVID SHERMAN and SUSAN PATHMAN, Individually and on Behalf of All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**YAHOO! INC.,**<br><br>Defendant. | Case No.: 13-CV-00041-GPC (WVG)<br><br><u>**CLASS ACTION**</u><br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF RECENT AUTHORITY**<br><br>**Place:** 2D<br>**Judge**: Hon. Gonzalo P. Curiel |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Susan Pathman submits this brief response to Defendant's notice of recent authority filed on August 20, 2015 (Dkt. No. 188). The recent decision cited by Defendant, *Luna v. Shac, LLC*, Case No. 14-cv-00607-HRL [Dkt. No. 104] (N.D. Cal. Aug. 19, 2015), is factually distinguishable, from outside of this district, and is not controlling in this matter, and therefore should not be followed.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: August 24, 2015         By: /s/ Abbas Kazerounian
                                  Abbas Kazerounian
                                  *Attorney for Plaintiff*

PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF RECENT AUTHORITY
CASE NO.: 13-CV-00041-GPC (WVG)         1