**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Susan Pathman

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RAFAEL DAVID SHERMAN and SUSAN PATHMAN, Individually and on Behalf of All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**YAHOO! INC.,**<br><br>Defendant. | Case No.: 13-CV-00041-GPC (WVG)<br><br>**PLAINTIFF'S NOTICE OF RECENT AUTHORITY**<br><br>**Judge**: Hon. Gonzalo P. Curiel |

**Kazerouni Law Group, APC**
Costa Mesa, California

1             **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2    **PLEASE TAKE NOTICE** that Plaintiff Susan Pathman ("Pathman") submits this

3    Notice of Recent Authority to apprise the Court of the recent opinion by the Court

4    of Appeals for the Third Circuit in *Dominguez v. Yahoo Inc.*, 2015 U.S. App.

5    LEXIS 18460 (3rd Cir. Oct. 23, 2015), concerning the meaning of an "automatic

6    telephone dialing system." The opinion is attached hereto as **Exhibit A**.

7

8                                                                          Respectfully submitted,

9

10                                                 **KAZEROUNI LAW GROUP, APC**

11    Date: October 26, 2015           By:/s/ Abbas Kazerounian

12                                                   Abbas Kazerounian

13                                                   *Attorney for Plaintiff*