UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL DAVID SHERMAN and SUSAN PATHMAN, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**YAHOO! INC.,** | Case No.: 13-CV-00041-GPC-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**Judge:** Hon. Gonzalo P. Curiel |

Having considered the parties' Joint Motion To Dismiss, and for good cause, the Court hereby GRANTS the joint motion and orders as follows:

1. The action is dismissed in its entirety and with prejudice as to plaintiff Susan Pathman's individual claims, and the parties are to bear their own fees and costs.

The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED**.

Dated: March 3, 2016

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge